# In the United States Court of Federal Claims

No. 03-446C
(Filed: September 6, 2006)

* * * * * * * * * * * * * * * * * * * * * *

LEROY BISHOP, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

Trial was held August 16-18, 2006 regarding plaintiff Patrick Shea. Closing argument will be heard from the courtroom Thursday, October 4, 2006, 9:30 a.m., National Courts Building, 717 Madison Place, N.W., Washington, D.C. Counsel for both parties shall appear in person.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge