# In the United States Court of Federal Claims

**03-446C**

**Filed: September 6, 2006**

**LEROY BISHOP, et al.**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX (one volume)**
**Held in Washington, D.C.**
**August 16, 2006 through August 18, 2006**
**Filed w/Defendant Exhibits**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.