IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LEROY BISHOP, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 03-446C
(Senior Judge Bruggink)

DEFENDANT'S MOTION TO SEAL TRANSCRIPT OF CLOSING ARGUMENT

Defendant, the United States, respectfully requests that the Court seal the transcript of the closing arguments that were held on October 4, 2006.

The transcript of the closing arguments should be sealed because plaintiffs' counsel in the argument referred to the content of the FCI Otisville General Post Orders that addresses the institution's procedures to be followed in the advent of a bad inmate count being called into the Control Center, and plaintiffs' counsel paraphrased and described those procedures stated in the General Post Orders. These procedures address potential inmate escapes from the institution. Public knowledge of such procedures implicates the very security and safety of the institution. Public knowledge of such procedures also may enable inmates to avoid or circumvent such procedures. In addition, there may be other portions of the transcript that, upon review by the Bureau of Prisons, may require redaction. Accordingly, the United States respectfully requests that the Court order that the transcript of the closing arguments on October 4, 2006, be

filed with the Court under seal.

Defendant's counsel has discussed this matter with plaintiffs' counsel. Defendant's counsel understands that plaintiffs' counsel's view is that the transcript of the closing arguments should be available to the public, except for any portions that implicate security and safety interests of the Bureau of Prisons. Accordingly, if the Court grants this motion and orders that the transcript of closing arguments be sealed, defendant will work to produce a redacted paper copy of the transcript that redacts all portions that implicate security and safety concerns. If directed by the Court, defendant will file a redacted version of this transcript in paper copy (not electronically) with the Court.

Accordingly, defendant respectfully requests that the Court grant this motion and order that the transcript of the closing arguments on October 4, 2006, be filed under seal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Attorneys for Defendant

Of Counsel:
NICOLE HEISER
ERIKA TURNER
Assistant General Counsels
Bureau of Prisons
October 12, 2006