# In the United States Court of Federal Claims

No. 03-446C
(Filed: October 24, 2006)

* * * * * * * * * * * * * * * * * * * * * * *

LEROY BISHOP, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiffs' October 17, 2006 consent motion asking the court to direct the filing of redacted copies of trial transcripts. For good cause shown, the motion is granted. The parties are directed to review the three transcripts of the August 16-18, 2006 trial, for the purpose attempting to agree on the redaction of confidential or sensitive references from the transcripts. On or before November 14, 2006, the parties shall file, jointly or separately, paper copies of proposed redacted versions of the transcripts.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge