IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LEROY BISHOP, et al., Plaintiffs, | ) | |
| v. | ) | No. 03-446C (Senior Judge Bruggink) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING OF REDACTED TRIAL TRANSCRIPTS

On October 24, 2006, the Court granted plaintiffs' motion requesting that the Court direct the filing of redacted copies of the trial transcripts. In its order, the Court directed the filing of "paper copies of proposed redacted versions of the transcripts."

Accordingly, the United States, after consultation with the plaintiffs' counsel, is filing paper copies of the redacted trial transcripts in this matter. The parties have agreed that these redacted copies of the trial transcripts may be made public.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

Kathryn A. Bleecker by Dominique Kirchner

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Attorneys for Defendant

Of Counsel:
NICOLE HEISER
ERIKA TURNER
Assistant General Counsels
Bureau of Prisons
November 14, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 14th of November, 2006, I caused to be delivered by hand copies of "DEFENDANT'S NOTICE OF FILING OF REDACTED TRIAL TRANSCRIPTS" and the three volumes of the redacted trial transcripts addressed as follows:

Alan Banov
Alan Banov and Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036

[signature]