IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LEROY BISHOP, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-446C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SUBMISSION OF CITATIONS RE ITS CHARTS RE PATRICK SHEA

At the closing argument on October 4, 2006, defendant submitted three charts as demonstrative exhibits regarding plaintiff Patrick Shea. Thereafter, plaintiff Shea submitted a revised version of defendant's chart (Ex. 1) and asserted that its revision correctly stated his preshift and post shift overtime during the period from April 19, 2000 to February/March 2004. Defendant's counsel has discussed this matter with plaintiff's counsel and is authorized to state that plaintiff does not object to defendant providing citations to the record in response. In response, defendant provides the following citations to the record supporting its charts (Defendant's Demonstrative Exs. 1-3):

1. Chart Ex. 1, April 19, 2000-February/March 2004:

Day Watch (DW) Operations Lieutenant
Shea is at Control Center at 7:20 a.m. Shea Tr. 62, 95, 112, 114.
DW Operations Lieutenant shift starts at 7:30 a.m. Post Orders Exs. 53-57.
Shea is at Lieutenants' Office at 7:30 a.m. Shea Tr. 66, 93.
Roll call is at 7:45 a.m. White Tr. 267; Haynes Tr. 383, 406.
DW correctional officers on shift 6 are on duty at 7:45 a.m. Roster Exs. 21-35.
DW correctional officers on shift 7 are on duty at 8:00 a.m. Roster Exs. 21-35.
Control Center officer sends the lieutenant's log to the Operations Lieutenant at around 3:30 p.m. Shea Tr. 91; Haynes Tr. 366-68, 399-400, 410-11, 445; see also White Tr. 161.
Inmate count starts at 3:45 pm. Shea Tr. 97, 100; Haynes Tr. 359, 463; Romero Tr. 499; Miraglia Tr. 746, 748-49.
Roll call is at 3:45 or 3:50 pm. Haynes Tr. 371, 434-35, 444; Romero Tr. 526.
DW Operations Lieutenant shift ends at 4:00 p.m. Post Orders Exs. 53-57.

Shea is at the Lieutenants' office at 4:00 p.m. Shea Tr. 307-08.
DW correctional officers on shift 7 are off duty at 4:00 p.m. Roster Exs. 21-35.
Shea is at the Control Center at 4:10 pm. Shea Tr. 307-08.
DW correctional officers on shift 6 are off duty at 4:15 p.m. Romero Tr. 519, 545, 546-47; Roster Exs. 21-35.

Shea is not making any claims for pre-shift overtime as a DW Operations Lieutenant. Shea Tr. 306, 307, 329-30.

Evening Watch (EW) Operations Lieutenant
Shea is at Control Center at 3:30 p.m. Shea Tr. 113
Roll call is at 3:45 or 3:50 pm. Haynes Tr. 371, 434-35; Romero Tr. 526.
EW Operations Lieutenant shift starts at 4:00 p.m. Post Orders Exs. 53-57.
Roll call is at 4:00 p.m. Romero Tr. 519-20, 526, 545, 547; Post Order Ex.53-57.
EW correctional officers on shift 12 are on duty at 4:00 p.m. Romero Tr. 546, Exs. 21-35.
EW correctional officers on shift 12 are on their posts by 4:15 p.m. Romero Tr. 519, 545.
DW correctional officers on shift 6 are off duty at 4:15 p.m. Romero Tr. 519, 545, 546-47; Roster Exs. 21-35.
Control Center officer sends lieutenant's log to the Operations Lieutenant at around 11:30 p.m. Haynes Tr. 366-68, 399-400, 410-11, see also White Tr. 161.
Roll call is at 11:45 or 11:50 p.m. Shea Tr. 83; Haynes Tr. 384.
EW Operations Lieutenant shift ends at midnight. Post Orders Exs. 53-57.
Shea is at Control Center at 12:10 a.m. Shea Tr. 307.

Morning Watch (MW) Operations Lieutenant
Shea is at Control Center at 11:30-11:40 p.m. Shea Tr. 113.
Roll call is at 11:45 or 11:50 p.m. Shea Tr. 83; Haynes Tr. 384.
MW Operations Lieutenant shift starts at midnight. Post Orders Exs. 53-57.
MW correctional officers on shift 1 are on duty at midnight. Roster Exs. 21-35.
Roll call is at midnight. Romero Tr. 524-25.
Inmate Count starts as soon as possible after midnight or at about 12:01 a.m. Romero Tr. 543.
DW Operations Lieutenant arrives at the Lieutenants' office at 7:30 a.m. Shea Tr. 105.
Control Center officer sends lieutenant's log to the Operations Lieutenant at around 7:30 a.m. Haynes Tr. 366-68, 399-400, 410-11, White Tr. 161.
MW Operations Lieutenant shift ends at 8:00 a.m. Post Orders Exs. 53-57.
Shea is in Lieutenant's office at 8:00 a.m. Shea Tr. 105.
MW correctional officers on shift 1 are off duty at 8:00 a.m. Roster Exs. 21-35.
Shea is at the Control Center at 8:10-8:15 a.m. Shea Tr. 114.

Roll calls ended in February/March 2004. White Tr. 266.
Roll calls were voluntary for the correctional officers for the entire period October 1996 to February/March 2004; that is, the correctional officers were not required to attend roll calls. Shea Tr. 58; White Tr. 267; Haynes Tr. 369, 381; Romero Tr. 515-16, 526.

2. Chart Ex. 2, September 26, 2004-March 26, 2005

DW Operations Lieutenant

DW Operations Lieutenant shift starts at 7:45 a.m.

DW Operations Lieutenant shift ends at 4:15 pm.

Shea is at the Control Center at 4:15 p.m. Shea Tr. 116-17.

EW Operations Lieutenant

EW Operations Lieutenant shift starts at 4:10 p.m.

EW Operations Lieutenant shift ends at 12:10 a.m.

MW Operations Lieutenant

MW Operations Lieutenant shift starts at midnight.

MW Operations Lieutenant shift ends at 8:00 a.m.

See Ex. 36; Roster Exs. 38, 39; White Tr. 149.

Shea has no claims for this period. Shea Tr. 307.

3. Chart Ex. 3, March 27-2005-March 4, 2006 (Shea's retirement date)

DW Operations Lieutenant

DW Operations Lieutenant shift starts at 8:00 a.m.

DW Operations Lieutenant shift ends at 4:00 p.m.

EW Operations Lieutenant

EW Operations Lieutenant shift starts at 4:00 p.m.

EW Operations Lieutenant shift ends at midnight.

MW Operations Lieutenant

MW Operations Lieutenant shift starts at midnight.

MW Operations Lieutenant shift ends at 8:00 a.m.

See e.g. White Tr. 152-53, 155, 156, 166-67, 176-77; Shea Daily Assignments Ex. 18; Roster Ex. 40; Post Orders Ex. 58; Lieutenant Logs Ex. 52.

Shea is not making any claims for preshift overtime as a DW Operations Lieutenant. Shea Tr. 329-30.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Attorneys for Defendant

Of Counsel:
NICOLE HEISER
ERIKA TURNER
Assistant General Counsel
Bureau of Prisons
October 18, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 18th day of October, 2006, I caused to be faxed and placed in the United States mail (first-class mail, postage paid) copies of "DEFENDANT'S SUBMISSION OF CITATIONS RE ITS CHART RE PATRICK SHEA" addressed as follows:

Alan Banov
Alan Banov and Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036

**April 19, 2000-Feb./Mar. 2004 (roll calls ended)**

| DW OPS Lt | | EW OPS Lt | | MW OPS LT | |
|---|---|---|---|---|---|
| 7:20 am | Shea at CC | | | 7:20 am | |
| **7:30 am** | **DW LT Shift Starts;** Shea at Lt O | | | 7:30 am | Lt log sent to Lt |
| 7:45 am | Roll Call; DW COs Shift 6 Starts | | | | |
| 8:00 am | DW COs Shift 7 Starts | | | **8:00 am** | **MW Lt Shift Ends;** MW COs Shift Ends |
| 8:10 am | | | | 8:10 am | Shea at CC |
| | | | | | |
| 3:30 pm | Lt log sent to Lt | 3:30 pm | Shea at CC | | |
| 3:45 pm | Count Starts | | | | |
| 3:45 or 3:50 pm | Roll Call | 3:45 or 3:50 pm | Roll Call | | |
| **4:00 pm** | **DW Lt Shift Ends;** Shea at Lt O DW COs Shift 7 Ends | **4:00 pm** | **EW Lt Shift Starts;** EW COs Shift 12 Starts; Roll Call | | |
| 4:10 pm | Shea at CC | | | | |
| 4:15 pm | DW COs Shift 6 Ends | 4:15 pm | EW COs Shift 12 on Their Posts | | |
| | | | | | |
| | | 11:30 pm | Lt log sent to Lt | 11:30 -11:40 pm | Shea at CC |
| | | 11:45 or 11:50 pm | Roll Call | 11:45 or 11:50 pm | Roll Call |
| | | **Midnight** | **EW Lt Shifts Ends;** Shea at Lt O | **Midnight** | **MW Lt Shift Starts;** MW COs Shift Starts; Roll Call |
| | | | | 12:01 am | Count Starts |
| | | 12:10 am | Shea at CC | | |
| | | | | | |

PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
1

**September 26, 2004 - March 26, 2005; Exs. 36, 38.**

| | DW OPS Lt | | EW OPS Lt | | MW OPS LT |
|---|---|---|---|---|---|
| 7:30 am | | | | 7:30 am | |
| **7:45 am** | **DW LT Shift Starts;** DW COs Shift 6 Starts | | | | |
| 8:00 am | DW COs Shift 7 Starts | | | **8:00 am** | **MW Lt Shift Ends;** MW COs Shift Ends |
| | | | | | |
| 3:30 pm | | | | | |
| 3:45 pm | Count Starts | | | | |
| 4:00 pm | DW COs Shift 7 Ends | 4:00 pm | EW COs Shift 12 Starts | | |
| | | **4:10 pm** | **EW Lt Shift Starts;** EW COs Shift 13 Starts | | |
| **4:15 pm** | **DW Lt Shift Ends;** DW COs Shift 6 Ends; Shea at CC | | | | |
| | | | | | |
| | | Midnight | EW COs Shift 12 Ends | **Midnight** | **MW Lt Shift Starts;** MW COs Shift Starts |
| | | 12:01 am | | 12:01 am | Count Starts |
| | | **12:10 am** | **EW Lt Shifts Ends;** EW COs Shift 13 Ends | | |
| | | | | | |

PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
2

**March 27, 2005 -March 4, 2006 (retirement date); Exs. 18, 40.**

| | DW OPS Lt | | EW OPS Lt | | MW OPS LT |
|---|---|---|---|---|---|
| 7:30 am | | | | 7:30 am | |
| **8:00 am** | **DW LT Shift Starts;** DW COs Shift 4 Starts | | | **8:00 am** | **MW Lt Shift Ends;** MW COs Shift Ends |
| | | | | | |
| | | | | | |
| **4:00 pm** | **DW Lt Shift Ends;** DW COs Shift 4 Ends | **4:00 pm** | **EW Lt Shift Starts;** EW COs Shift 7 Starts | | |
| | | | | | |
| | | **Midnight** | **EW Lt Shifts Ends;** EW COs Shift 7 Ends | **Midnight** | **MW Lt Shift Starts;** MW COs Shift Starts |
| | | | | | |
| | | | | | |
| | | | | | |

Ex. 18: Seven days worked as DW Ops Lt: Aug. 12, 2005; July 28, 2005, July 19, 2005, July 18, 2005, July 6, 2005, June 2, 2005, and May 31, 2005.

PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
3