IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LEROY BISHOP, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 03-446C (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING
OF REDACTED TRANSCRIPT OF CLOSING ARGUMENTS

On October 17, 2006, the Court granted defendant's motion to seal the transcript of the closing arguments on October 4, 2006, and also directed defendant to file a redacted hard copy of the transcript of the closing arguments. Accordingly, the United States, after consultation with the plaintiffs' counsel, is filing paper copies of the redacted transcript of the October 4, 2006 closing arguments in this matter. The parties have agreed that this redacted copy of the transcript of the closing arguments may be made public.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

Kathryn A. Bleecker by Dominique Kirchner

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Attorneys for Defendant

Of Counsel:
NICOLE HEISER
ERIKA TURNER
Assistant General Counsels
Bureau of Prisons
November 17, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 17th of November, 2006, I caused to be delivered by hand copies of "DEFENDANT'S NOTICE OF FILING OF REDACTED TRANSCRIPT OF CLOSING ARGUMENT" and the volume of the redacted transcript of the closing argument addressed as follows:

Alan Banov
Alan Banov and Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036