IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LEROY BISHOP, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 03-446C |
| | ) | Judge Bruggink |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLAINTIFF PATRICK SHEA'S SUBMISSION OF
REVISED CHART OF HIS PRESHIFT AND POSTSHIFT OVERTIME

Pursuant to the Court's approval at the oral argument on October 4, 2006, Plaintiff Patrick Shea hereby submits a chart which correctly states his preshift and postshift overtime during the period from April 19, 2000, to February or March 2004, when the Bureau of Prisons apparently ended mandatory roll calls at FCI-Otisville.

Of particular note, the attached chart shows the following corrections to defendant's chart for that period:

Day Watch Operations Lieutenant

- 7:20 a.m. or earlier. Shea arriving at control center

See Tr. 62 (by 7:20 a.m.), 64 (10-15 minutes to go through key line), 95 ("basically the same for all three shifts"), 306 (10-30 min.)

- 4:10 to 4:15 p.m. Shea at control center, leaving

See Tr. 109-110 (4:10-4:15 p.m.; 10-15 minutes)

Evening Watch Operations Lieutenant

- 12:10 to 12:15 a.m. Shea at control center, leaving

See Tr. 87 (10 + minutes); Tr. 113 ("about 12:10, 12:15")

Morning Watch Operations Lieutenant

- 11:40 to 11:45 p.m. Roll call

See Tr. 83 (roll call was at 11:40-11:45 p.m.)

- 8:10 to 8:15 a.m. Shea at control center, leaving

See Tr. 114 ("8:10 or 8:15")

Respectfully submitted,

____________________

ALAN BANOV
Alan Banov & Associates
1819 L Street, N.W.
Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2006, two copies of the foregoing Plaintiff Patrick Shea's Submission of His Preshift and Postshift Overtime and of the attached chart were served by facsimile transmission and by first-class mail, postage-prepaid, upon defendant's counsel at the following address:

Domenique Kirchner, Esq.
Commercial Litigation Branch
Civil Division, Classification Unit
U.S. Department of Justice
1100 L Street N.W., 8th Floor
Washington, D.C. 20530

____________________

ALAN BANOV