**DEFENDANT'S SHEA OVERTIME CHART 1 – WITH PLAINTIFF'S REVISIONS**

***Plaintiff's Revisions Italicized & Bolded***

April 19, 2000-Feb./Mar. 2004 (roll calls ended)

| | DW OPS Lt | | EW OPS Lt | | MW OPS LT |
|---|---|---|---|---|---|
| 7:20 am ***or earlier (10-30 mins.)*** | Shea at CC | | | 7:20 am | |
| 7:30 am | DW LT Shift Starts Shea at Lt O | | | 7:30 am | Lt log sent to Lt |
| 7:45 am | Roll Call; DW COs Shift 6 Starts | | | | |
| 8:00 am | DW COs Shift 7 Starts | | | 8:00 am | MW Lt Shift Ends; MW COs Shift Ends |
| 8:10 am | | | | 8:10 am ***8:10-8:15 am*** | Shea at CC |
| | | | | | |
| 3:30 pm | Lt log sent To Lt | 3:30 pm | Shea at CC | | |
| 3:45 pm | Count Starts | | | | |
| 3:45 or 3:50 pm | Roll Call | 3:45 or 3:50 pm | Roll Call | | |
| 4:00 pm | DW Lt Shift Ends; Shea at Lt O DW COs Shift 7 Ends | 4:00 pm | EW Lt Shift Starts; EW COs Shift 12 Starts; Roll Call | | |
| 4:10 pm ***to 4:15 pm*** | Shea at CC | | | | |
| 4:15 pm | DW COs Shift 6 Ends | 4:15 pm | EW COs Shift 12 on Their Posts | | |
| | | | | | |
| | | 11:30 pm | Lt log sent to Lt | 11:30-11:40 pm | Shea at CC |
| | | 11:45 pm or 11:50 pm | Roll Call | 11:45 or 11:50 pm ***11:40-11:45 pm*** | Roll Call |
| | | Midnight | EW Lt Shift Ends; Shea at Lt O | Midnight | MW Lt Shift Starts; MW COs Shift Starts; Roll Call |
| | | | | 12:01 am | Count Starts |
| | | | 12:10 am ***12:10-12:15 am*** | Shea at CC | |