# In the United States Court of Federal Claims

No. 03-446C
(Filed: November 29, 2006)

* * * * * * * * * * * * * * * * * * * * * *

LEROY BISHOP, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

A status conference is hereby scheduled for Friday, December 8, 2006 at 11:00 a.m. EST to discuss the impact of our recent decision of November 20, 2006 on the claims of the remaining plaintiffs in this and related cases. The conference will be recorded. Counsel for plaintiffs and defendant shall appear in person.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge