# In the United States Court of Federal Claims

No. 03-446C
(Filed: December 8, 2006)

* * * * * * * * * * * * * * * * * * * * * * *

LEROY BISHOP, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

We previously dismissed Lt. Patrick Shea from the complaint in our opinion of November 20, 2006, but deferred final judgment pending resolution of the claims of the remaining plaintiffs. On December 8, 2006, and pursuant to Rule 54(b) of the Rules of the Court of Federal Claims, plaintiffs orally moved, and defendant did not object, to sever Lt. Shea from the above action and enter final judgment with respect only to Lt. Shea. Accordingly, Lt. Shea is severed from this action and will be assigned a new docket number. Because there is no just reason to delay judgment, the Clerk is hereby directed to enter final judgment in favor of the United States dismissing Patrick Shea's complaint with prejudice in accordance with Rule 54(b). No costs.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge