# In the United States Court of Federal Claims

No. 03-446C
(Filed: December 14, 2006)

* * * * * * * * * * * * * * * * * * * * * * *

LEROY BISHOP, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court's order of December 8, 2006 directing defendant to file a motion for summary judgment with respect to all non-lieutenant plaintiffs in the above action by January 19, 2007 is hereby modified to extend the deadline to April 2, 2007.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge