# In the United States Court of Federal Claims

No. 03-446C
(Filed: December 14, 2006)

* * * * * * * * * * * * * * * * * * * * * * *

LEROY BISHOP, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The sealed trial transcripts and closing argument transcript filed by defendant in proposed redacted form on November 16 and 17, 2006, respectively, shall be unsealed and made available to the public in redacted form. The original unredacted trial transcripts and closing argument transcript shall remain sealed.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge