IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LEROY BISHOP, et al., Plaintiffs, | ) | |
| v. | ) | No. 03-446C (Senior Judge Bruggink) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ADDITIONAL PAGES OF APPENDIX

Defendant respectfully requests that the Court allow the filing of the attached additional pages of Defendant's Appendix re Defendant's Opposition To Plaintiff Craig Chalmers's Motion For Partial Summary Judgment And Defendant's Cross-Motion For Summary Judgment. Defendant's opposition and cross-motion were filed on December 22, 2006, with an accompanying appendix. However, the attached documents were not available for filing at that time. These documents concern Mr. Chalmers's Government travel to London, England, in March 2000. Mr. Chalmers claims that he is entitled to overtime for this travel. Defendant is authorized to state that plaintiffs' counsel has no objection to the Court's granting this motion.

Accordingly, defendant respectfully requests that the Court grant this unopposed motion and allow the filing of the attached additional pages of Defendant's Appendix.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

Of Counsel:
ERIKA TURNER
Bureau of Prisons
January 4, 2007

Table Of Contents Of Defendant's Appendix

Page

1. Excerpts from August 4, 2004 deposition of Mr. Chalmers........1
2. Excerpts from November 30, 2004 deposition of Mr. Chalmers........21
3. Chalmers's Deposition Ex. 1, Notice of Consent Form........27
4. Chalmers's Deposition Ex. 3........29
5. Chalmers's Deposition Ex. 4, Trip to London........31
6. Chalmers's Deposition Ex. 5, Trip to Thailand........34
7. SF-50 Form dated March 2, 1997........36
8. SF-50 Form dated May 9, 1999........37
9. SF-50 Form dated January 14, 2001........38
10. SF-50 Form dated May 30, 2003........39
11. Chalmers's Pay Record dated February 26, 2001........40
12. Chalmers's Pay Record dated September 20, 2001........42
13. FCI Otisville Institution Supplement re Staff Meetings, dated February 18, 1999........43
13. FCI Otisville Institution Supplement re Staff Meetings, dated February 29, 2000........45
13. FCI Otisville Institution Supplement re Staff Meetings, dated May 29, 2001........48
14. Declaration of Fredrick Menifee........51
15. BOP Experience of Fredrick Menifee........58
16. FCI Otisville Institution Supplement re Staff Meetings, dated June 18, 2002........59
17. E-Mails re Lieutenants/Department Head Meeting........62
18. Overtime Authorization Form for Lieutenants' Meeting........64
19. Excerpt from Deposition of Warden Menifee........65
20. FCI Otisville, NY Institution Plan, dated December 8, 1995........67
21. FCI Otisville Department Head Meeting Minutes, May 31, 2000........75
22. A Message From Warden Menifee, June 30, 2003........78
23. Warden Menifee's Memorandum To All Staff, July 16, 2003........79
24. Memorandum For All FCI Otisville Employees And Retirees, July 31, 2003........80
25. Position Description for Associate Warden at FDC Philadelphia, PA........82
26. Position Description for Captain at MDC Los Angeles, CA........86
27. November 28, 1995 Memorandum From Calvin Edwards and Peter Carlson For Regional Directors, etc. Re Institution Shift Starting and Stopping Times........93
28. December 15, 1995, Memorandum from Calvin Edwards and Peter Carlson For Chief Executive Officers, Re Institution Shift Starting And Stopping Times........94
29. December 15, 1995, Memorandum from Don Romine For All Captains........96
30. April 19, 1996 Change Notice to BOP Human Resource Management Manual Re Institution Shift Starting And Stopping Times........97
31. Declaration of Donna Hill, dated July 14, 2005........100
32. Excerpts from the August 6, 2004 Deposition of Warden Fredrick Menifee........103
33. Excerpts from the November 30, 2004 Deposition of Warden Fredrick Menifee........135
34. 5 U.S.C. § 5542........146
35. 5 U.S.C. § 5543........150
36. 5 C.F.R. § 550.103........151

37. 47 Fed. Reg. 958 (January 8, 1982), Pay Administration, OPM Proposed Rule................154
38. 48 Fed. Reg. 3931 (January 28, 1983), Pay Administration, OPM Final Rule....................158
39. PS 3000.02, BOP Human Resource Management Manual, dated July 14, 1997, Compensatory Time....................................................................................................163
40. OPM Office of the General Counsel Decision, dated September 25, 1996........................165
41. PS 3000.02, BOP Human Resource Management Manual, dated March 27, 1995, Attendance and Leave....................................................................................................167
42. PS 3000.02, BOP Human Resource Management Manual, dated June 7, 1996, Compensatory Time....................................................................................................169
43. Excerpts from the August 6, 2004 Deposition of Karen LaForest....................................171
44. Dec. 3, 2002 Memorandum of Karen LaForest....................................................................173
45. November 1, 1995 Operations Memorandum No. 214-95, Re: Institution Shift Starting and Stopping Times....................................................................................................176
46. December 12, 2006 Declaration of Joseph Wilner............................................................181
47. Work experience of Joseph Wilner.....................................................................................188
48. Excerpt from Warden Menifee's Weekly Calendars prepared by his secretary..................189
49. March 5, 1996 Memorandum of FCI Otisville Warden Philip Spears..................................200
50. FCI Otisville Lieutenant's Daily Log, April 7, 1996.........................................................210
51. FCI Otisville Lieutenant's Daily Log, April 8, 1996.........................................................214
52. Excerpt from January 27, 2005 Deposition of Joseph Wilner............................................218
53. Excerpt from August 4, 2004 Deposition of Douglas White..............................................245
54. Excerpt from March 23, 2005 Deposition of Billy Hedrick................................................247
55. Excerpt from BOP Program Statement 5500.09, dated October 27, 1997..........................250
56. Excerpt from BOP Program Statement 5500.09, dated October 10, 2003..........................254
57. 5 C.F.R. § 550.112 (1997)..................................................................................................256
58. 5 C.F.R. § 550.112 (2001), which is the same as what was in effect in 2000......................260
59. Documents Concerning March 2000 trip to London.........................................................270

APR-11-2000 08:18 P.02/03

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | San Francisco | 415-956-0684 | Greenbelt | 301-345-5595 | NC | Jacksonville | 910-455-9077 | TN | Memphis | 901-753-7470 | WI | Madison Dntwn | 608-270-6228 |
| | Sacramento | 916-441-6899 | Hunt Valley | 410-785-9500 | OH | Cleveland | 216-271-7900 | TX | Dallas / Irving | 972-689-9863 | | Milwaukee Airpt | 414-747-1150 |
| DC | Northwest | 202-466-5160 | Rockville | 301-984-3888 | PA | Hanover | 717-637-3256 | UT | Salt Lake City | 801-359-1239 | | Milwaukee HQ | 414-325-5000 |

SALES PERSON: MP ITINERARY/INVOICE NO. 0348730 DATE: 06 MAR

CUSTOMER NBR: DJIDIDOJBF

TO: JEFF GEORGE WILL PUP TKTS

**OMEGA WORLD TRAVEL**

Mail payments to: Dept 0828, McLean, VA 22109-0876

| | | | |
|---|---|---|---|
| AMERICAN | 800-433-7300 | SOUTHWEST | 800-435-9792 |
| AMERICA WEST | 800-235-9292 | TWA | 800-221-2000 |
| CONTINENTAL | 800-525-0280 | UNITED | 800-241-6522 |
| DELTA | 800-221-1212 | US AIRWAYS | 800-428-4322 |
| NORTHWEST | 800-225-2525 | OMEGA 24 HOUR | 800-585-6342 |

FOR: CHALMERS/CRAIG BUTLER

---

11 MAR 00 - SATURDAY

AIR UNITED AIRLINES FLT:1908 STANDARD
LV PHILADELPHIA 315P EQP: AIRBUS A320
DEPART: TERMINAL D 01HR 01MIN
AR WASHINGTON DULLES 416P NON-STOP
REF: SB6T58

CHALMERS/CRAIG SEAT-20C

AIR UNITED AIRLINES FLT:918 ECONOMY MULTI MEALS
LV WASHINGTON DULLES 625P EQP: BOEING 777
06HR 55MIN

12 MAR 00 - SUNDAY

AR LONDON HEATHROW 620A NON-STOP
ARRIVE: TERMINAL 3 REF: SB6T58

15 MAR 00 - WEDNESDAY

AIR UNITED AIRLINES FLT:905 ECONOMY MULTI MEALS
LV LONDON HEATHROW 150P EQP: BOEING 767 300
DEPART: TERMINAL 3 08HR 15MIN
AR NEW YORK JFK 505P NON-STOP
ARRIVE: TERMINAL 7 REF: SB6T58
CHALMERS/CRAIG SEAT-36E

AIR DELTA AIR LINES INC FLT:6175 COACH
NEW YORK JFK-PHILADELPHIA OPERATED BY TRANS STATES AIR
LV NEW YORK JFK 734P EQP: JETSTREAM 41 TURB
DEPART: TERMINAL 3 01HR 23MIN
AR PHILADELPHIA 857P NON-STOP
ARRIVE: TERMINAL E REF: F9HJOZ
CHALMERS/CRAIG SEAT- 4A

30 AUG 00 - WEDNESDAY

OTHER WASHINGTON
THANK YOUR FOR CALLING OMEGA....MARIA

AIR TICKET UA7771635274 CHALMERS CRAIG BUTLE 675.40
BILLED TO CA5548828000447745

RECEIVED
APR 11
ACCOUNTING

CONTINUED ON PAGE 2

"To avoid inconvenience - Please verify departure times directly with carrier on day of travel"
Terms and conditions plus important travel information on reverse side

**AIRLINE TICKETS ARE NEGOTIABLE DOCUMENTS - RETURN TICKETS NOT USED**

SA - JUNE

BUSN NON OFFICE COPY

A270

APR-11-2000 08:18

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| San Francisco | 415-956-0684 | Greenbelt | 301-345-5595 | NC Jacksonville | 910-455-9077 | TN Memphis | 901-763-7470 |
| Sacramento | 916-441-6899 | Hunt Valley | 410-785-9500 | OH Cleveland | 216-771-7900 | TX Dallas / Irving | 972-869-9863 |
| DC Northwest | 202-466-5160 | Rockville | 301-984-3888 | PA Hanover | 717-632-3256 | UT Salt Lake City | 801-359-1239 |

| | |
|---|---|
| WI Madison Dntwn | 608-270-6238 |
| Milwaukee Airpt | 414-747-1150 |
| Milwaukee HQ | 414-325-5000 |

SALES PERSON: MP ITINERARY/INVOICE NO. 0348730 DATE: 06 MAR 01

CUSTOMER NBR: DJIDIDOJBP

OMEGA WORLD TRAVEL

Mail payments to: Dept 0878, McLean, VA 22109-0876

| | | | |
|---|---|---|---|
| AMERICAN | 800-433-7300 | SOUTHWEST | 800-435-9792 |
| AMERICA WEST | 800-235-9292 | TWA | 800-221-2000 |
| CONTINENTAL | 800-525-0280 | UNITED | 800-241-6522 |
| DELTA | 800-221-1212 | US AIRWAYS | 800-428-4322 |
| NORTHWEST | 800-225-2525 | OMEGA 24 HOUR | 800-685-6342 |

TO: JEFF GEORGE BILL EUP ITKTS

FOR: CHALMERS/CRAIG BUTLER

08 AUG 01 - WEDNESDAY

SUB TOTAL 675.40
NET CC BILLING 675.40

TOTAL AMOUNT DUE 0.00

24 HOUR EMERGENCY SERVICE CENTER 1800-685-6342
PLEASE GIVE YOUR ID CODE...........S-R603-FRISONS
THANK YOU FOR USING OMEGA WORLD TRAVEL
HAVE A GREAT TRIP
FOR ASSISTANCE DURING NORMAL WORKING HOURS
PLEASE CALL 800-411-9269 EST 830AM-445PM ONLY
JUSTIFICATION CODE 1 IS REQUIRED FOR ABOVE ITINENARY
US AIRWAYS IS THE CONTRACT CARRIER FOR CITY PAIRS
WHICH GO INT LONDON GATWICK AIRPORT NOT CHARLES DEGAULLE
S2-PREFERRED SEATING IS RESTRICTED TO AIRPORT CHECK N ONLY
THIS IS INTERNATIONAL DEPARTURE POINT

U11-1540-FPS
U7-D
U8-202-307-0222-B JEFF GEORGE
U12-COBO
U13-CPD
BA-0901
U77-FG

"To avoid inconvenience - Please verify departure times directly with carrier on day of travel"
Terms and conditions plus important travel information on reverse side

**AIRLINE TICKETS ARE NEGOTIABLE DOCUMENTS - RETURN TICKETS NOT USED**

SA - JUNE !

BUSINESS TRAVELER/RETAIL BRANCH OFFICE COPY

TOTAL P.03

THE SELFRIDGE

A THISTLE HOTEL

**GUEST BILL**

Mr Craig Chalmers
41 Williams Way
15335 Dpowninston,

USA

Room No. : 221
Arrival : 12.03.00
Departure : 15.03.00
Cashier : 30/FB
Page : 1

March 15, 2000

INVOICE NO. 69186/1 The Selfridge Hotel, London, 15.03.00 09:46

| Date | Description | Debit | Credit |
|---|---|---|---|
| 12.03. | Accommodation | 125.00 — 1 | (197.42 US) |
| 13.03. | Accommodation | 125.00 — 2 | (197.42 US) |
| 13.03. | Breakfast Supplement | 3.00 (4.74) | |
| 13.03. | -Telephone Auto | 0.40 (.64) | |
| 13.03. | -Telephone Auto | 0.40 (.64) | |
| 13.03. | -Telephone Auto | 11.99 (18.94) | |
| 13.03. | -Telephone Auto | 0.40 (.64) | |
| 14.03. | Accommodation | 125.00 — 3 (197.42) | |
| 14.03. | Guestlink Movie #221 | 7.95 (12.51) | |
| 15.03. | Mastercard | | 399.14 |
| | 5568220000447745 11/00 | | |

$630.37 US dollars

Balance £0.00

SELFRIDGE THISTLE HOTEL
LONDON
0171 408 2080
BRANCH 314

ROOM NO. :00000221
CHECK-OUT RECEIPT
MASTERCARD
ACCOMMODATION: 399.14

5568220000447745
EXPIRY DATE 11/00
MERCHANT-02470842
SWIPED 02719 8136

AUTH CODE :001626

PLEASE SIGN BELOW

YOUR ACCOUNT WILL BE
DEBITED AS ABOVE

THANK-YOU

RETAIN THIS COPY
FOR YOUR RECORDS

15/03/00 12283558 10:38

399.14
0.00
0.00
0.00
339.69
59.45
0.00
399.14

399.14 pounds
X 1.5793 conv. rate
630.37

This is in Sterling (pounds) + needs to be converted.

Conversion rate was from: 3/12, 13, 14, 15.

VAT
Tax
We

Signature

...future or onward reservations at over 55 hotels throughout Britain ask at reception or telephone 0800 18 17 16.

Orchard Street, London W1H 0JS
Telephone 020 7408 2080 Facsimile 020 7409 2295
Email Selfridge@Thistle.co.uk

Parent Company: Thistle ...

TOTAL P.06

LICENSED LONDON TAXI **RECEIPT**©

BE SURE BE SAFE

40.00 pounds
X1.5793 conv rate
$63.18 US dollars

$63.18 US dollars

AMOUNT £ 40.00p

**Thank You**
for your custom

ALWAYS USE A *licensed* TAXI-CAB

taxi, airport to hotel 03/12/00

Cabology
The One-Stop Cabby Shop

LICENSED LONDON TAXI **RECEIPT**©

$157.25 US dollars

AMOUNT £ 100.00p

100.00 P
X 1.5725
157.25 US dollars

**Thank you**
for your custom
ALWAYS USE A *licensed* TAXI CAB

taxi, to Belmarsh prison 03/14/00

[redacted] [redacted]

**CHEVY CHASE BANK**
Banking On Your Terms℠

| DATE | TIME | LOCATION | SEQ# |
|---|---|---|---|
| 03/11/00 | 16:24 | WDI4 | 000230 |

CARD NO: 7745

| | |
|---|---|
| WITHDRAWAL | $200.00 |
| ATM FEE | $1.50 |
| TOTAL WITHDRAWAL AMOUNT | $201.50 |
| FROM CREDIT CARD ACCOUNT BALANCE | $.00 |

+2 = 3.50 US $

ATM withdrawal 03/11/00

Cabology
The One-Stop Cabby Shop

LICENSED LONDON TAXI **RECEIPT**©

$70.79 US dollars

AMOUNT £ 45.00

45.00
X 1.573 conv rate
70.79

15/3/2000

**Thank you**
for your custom
ALWAYS USE A *licensed* TAXI CAB

taxi, hotel to airport 03/15/00

CAB# 795
Yellow cab
1 (215) 829-4222

Fr Airport
to sub
FARE: 30.00 US $$

taxi, airport to train station
03/15/00

3/30/2000 – 10:05 am

Federal Reserve Bank

#215-574-6000 (librarian)

onversion rate for:

3/12 &13/2000 = 1.5793 US $$ per pound

3/14/2000 = 1.5725

3/15/2000 = 1.573

* (To get the amount in US dollars - we must multiply the rate X pounds = (US amt should always be greater than the pounds)

| | | | | |
|---|---|---|---|---|
| Bury St. Edmunds | 102 | 65 | 167 | 11-1-99 |
| Cambridge | 104 | 71 | 175 | 11-1-99 |
| Canterbury | 118 | 87 | 205 | 11-1-99 |
| Cardiff,Wales | 193 | 79 | 272 | 10-1-99 |
| Caversham | 234 | 95 | 329 | 10-1-99 |
| Crawley | 228 | 103 | 331 | 9-1-99 |
| Dover | 129 | 70 | 199 | 11-1-99 |
| Edinburgh | 216 | 102 | 318 | 10-1-99 |
| Ft. Halstead | 110 | 74 | 184 | 11-1-99 |
| Gatwick | 164 | 102 | 266 | 11-1-99 |
| Glasgow | 156 | 77 | 233 | 11-1-99 |
| Harrogate | 114 | 63 | 177 | 7-1-99 |
| High Wycombe | 125 | 78 | 203 | 5-1-99 |
| Horley | 228 | 103 | 331 | 9-1-99 |
| Inverness | 148 | 73 | 221 | 11-1-99 |
| Liverpool | 157 | 77 | 234 | 10-1-99 |
| London | L= 228 | M&IE 103 | TL PD= 331 | 9-1-99 effective date |
| Manchester | 196 | 89 | 285 | 10-1-99 |
| Menwith Hill | 129 | 66 | 195 | 11-1-99 |

(perdiem table)

PAID

**From:** Candi M. Hackett
**To:** RAY
**Date:** 3/29/00 10:38am
**Subject:** TRAVEL-CHALMERS-STATUS

PAID 04 2000

3/29/2000-10:32AM

BOB,

CYNTHIA TOLD ME THAT YOU WERE INQUIRING ABOUT A TRAVEL FOR MR. CHALMERS OF FDC PHILADELPHIA. NO PAPERWORK HAS BEEN SENT TO OUR OFFICE AS OF YET. THE WARDEN'S SECRETARY CALLED ME 2 DAYS AGO AND WAS ASKING HOW TO CONVERT POUNDSTO AMERICAN DOLLARS BECAUSE ALL OF MR. CHALMERS RECEIPTS FOR HIS TRIP TO ENGLAND WERE IN POUNDS. I TOLD HER THAT A BANK WOULD HAVE TO LOOK UP THE CONVERSION RATE FOR THE DATE ON THE RECEIPTS AND SHE SAID SHE WOULD CALL THEM. I GOT THE VOICEMAIL MESSAGE YOU HAD FORWARDED ME THIS MORNING. I CALLED MARIE LORD (TRAVEL POC FOR FDC PHIL) AND SHE HADN'T BEEN TOLD ANYTHING ABOUT THIS. I ASKED HER TO WALK OVER TO THE WARDEN'S OFFICE TO GET THE PAPERWORK FROM THE SECREATRY SO THAT WE COULD FIGURE OUT THE CONVERSION. I TOLD HER TO CALL ME BACK WITH THE STATUS. SORRY THAT YOU WERE BROUGHT INTO THIS, BUT I CANNOT DO ANYTHING UNTIL I HAVE THE PAPERWORK TO SETTLE THE TRAVEL.

THANKS,
CANDI X518

*** TX REPORT ***

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0832 |
| CONNECTION TEL | 912155217220 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 03/30 13:40 |
| USAGE T | 03'03 |
| PGS. SENT | 7 |
| RESULT | OK |

# facsimile
TRANSMITTAL

Name: Elizabeth Marin-Rodriguez

Organization: FDC PHILADELPHIA

Fax: 215-521-7220

From: FCI FORT DIX-TRAVEL-CANDI HACKETT

Date: 3-30-2000 1:20pm

Subject: Craig Chalmer's Travel Settlement → Date w/no adv.

Pages: 7

Liz,

Attached is Mr. Chalmers' travel settlement for his trip to London, England. I also sent back the receipts with the conversion rate, just in case he had any questions. Please have him sign and get his supervisor to sign and return to me for processing.

PAID

**facsimile**
TRANSMITTAL

**Name:** Elizabeth Marin Rodriquez

**Organization:** FDC PHILADELPHIA

**Fax:** 215-521-7220

**From:** FCI FORT DIX-TRAVEL-CANDI HACKETT

**Date:** 3-30-2000 1:20pm

**Subject:** Craig Chalmer's Travel

**Pages:** 7

Liz,

Attached is Mr. Chalmers' travel settlement for his trip to London, England. I also sent back the receipts with the conversion rate, just in case he had any questions. Please have him sign and get his supervisor to sign and return to me for processing.

Thank you,

Candi M. Hackett
Acctng. Tech
FCI FTD - 609-723-1100
X578.



# Travel Authorization / Advance

## 1. Voucher Information

| Local Vch No | Submit Org | Vouch Date | Ref Doc No | Preparer's Name | FMIS Upload |
|---|---|---|---|---|---|
| ATJ000625 | P0214 | 4/11/2000 | NA | P. LYONS | (●) Yes ( ) No |

Auth Vch Type: [■] Original [ ] Adv only [ ] Reissue [■] Payment Notification

Traveler: Craig Chalmer | YRegDoc: 0TA19150 | ActClass: FP02145422UE

FY: 00 | Fund: 02

SSN: [redacted] Protected by the PRIVACY ACT | Email:

## 2. Mode of Transportation Authorized

- [■] By Common Carrier
- [ ] By Gov-Furnished Auto
- [ ] By Rental Vehicle
- [ ] By Privately Owned Vehicle
  - [ ] POV Determined to be Most Advantageous to Government
  - [ ] Cost not to Exceed that of Common Carrier
  - [ ] Based on Cost of Gov Furnished Auto
- 0.325 Mileage Rate Authorized
- [ ] Other

## 3. Mode of Subsistence Authorized

- [ ] Actual subsistence up to ______ per day

Actual subsistence requires approval by appropriate authorizing official

- [■] Per diem based on lodging plus meals and incidental expenses NTE GSA Location Rates
- [ ] Extended TDY (Reduced Rate)

## 4. Planned Itinerary / 5. Estimated Cost

| | State | City | Rate Lodging | Rate M&IE | Days | Estimate |
|---|---|---|---|---|---|---|
| From | | PHIL | | | | |
| To: 1 | UK | LONGON ENGLAND | 198 | 103 | 5 | 1,255.00 |
| 2 | NA | NA | 0 | 0 | 0 | 0.00 |
| 3 | NA | NA | 0 | 0 | 0 | 0.00 |
| 4 | NA | NA | 0 | 0 | 0 | 0.00 |
| 5 | NA | NA | 0 | 0 | 0 | 0.00 |

[■] Foreign travel.

Must be approved as required by DOJ travel regulations

Departure Date: 03/11/2000

Return Date: 03/15/2000

Transportation: 676.00

Oth Amt: 343.00

Total: 2,274.00

Advance Amt: 0.00

## 6. Other Authorizations

- [ ] 1. Use of Premium Class Additional Cost:
- [ ] 2. Use of foreign flag carrier
- [ ] 3. Leave in conj w/travel
- [ ] 4. Other Description

N/A

## 7. Advance Disbursement

[ ] DirDep [ ] Tres [ ] Draft [ ] Cash [■] None

Draft Cashier ID: BOP214J

Address: FDC PHILADELPHIA

Address: 150 S. INDEPENDENCE MALL W. STE 901

City: PHILADELPHIA State: PA ZIP: 19106

Country: USA

## 8. Other Descriptive Information

Description: TREATY TRANSFER TO ENGLAND

Program: E | Project: 90G | RCN (8 Alpha): NA | Org Mgt Field (Numeric):

Bill to: | Case: NA

Type Travel:
- [■] A. TDY
- [ ] B. Ext TDY
- [ ] C. Taxable TDY
- [ ] X. NA

Trav Purpose:
- [■] A. Operational
- [ ] B. Training
- [ ] C. Meeting/Conf
- [ ] X. N/A

POSTED

Executive Order 13043 requires the wearing of seat belts in motor vehicles by persons on official travel.

## 9. AUTHORIZATION

You are authorized to travel at government expense in accordance with DOJ travel regulations, under the conditions outlined in this authorization.

**Authorizer**

Advance Authorized as described in Box 5

[ ] Yes
[ ] No

*see attached*

**Cash / Draft Advance**

Cash Advance of:

Requested by: Date:

Received by: Date:

A voucher must be submitted within 5 workdays after travel is completed or monthly for persons in a continuous travel status.

# Travel Authorization / Advance

**1. Voucher Information**

| | | | | | |
|---|---|---|---|---|---|
| Local Vch No: WX438 | Submit Org: P0700 | Vouch Date: 2-17-0 | Ref Doc No: NA | Preparer's Name: GEORGE | FMIS Upload: (●) Yes ( ) No |
| Auth Vch Type: [■] Original [ ] Adv only [ ] Reissue | | | | | |
| Traveler: Craig Chalmers | | YRegDoc: OTA00150 | | ActClass: FP02145422UE | |
| SSN: [redacted] Protected by the PRIVACY ACT | | J. Paul Horner, PGM MGR | | FY: 00 | Fund: 02 |

**2. Mode of Transportation Authorized**

- [■] By Common Carrier
- [ ] By Gov-Furnished Auto
- [ ] By Rental Vehicle
- [ ] By Privately Owned Vehicle
- [ ] POV Determined to be Most Advantageous to Government
- [ ] Cost not to Exceed that of Common Carrier
- [ ] Based on Cost of Gov Furnished Auto
- 0.325 Mileage Rate Authorized
- [ ] Other

**3. Mode of Subsistence Authorized**

- [ ] Actual subsistence up to ____ per day
- Actual subsistence requires approval by appropriate authorizing official
- [■] Per diem based on lodging plus meals and incidental expenses NTE GSA Location Rates
- [ ] Extended TDY (Reduced Rate)

**4. Planned Itinerary / 5. Estimated Cost**

| | State | City | Lodging | M&IE | Days | Estimate |
|---|---|---|---|---|---|---|
| From | PA | Philadelph | | | | |
| To: | | LONDON, ENGLAND | 210 | 105 | 5 | 1,312.00 |
| | NA | NA | 0 | 0 | 0 | 0.00 |
| | NA | NA | 0 | 0 | 0 | 0.00 |
| | NA | NA | 0 | 0 | 0 | 0.00 |
| | NA | NA | 0 | 0 | 0 | 0.00 |

[■] Foreign travel.

Must be approved as required by DOJ travel regulations

Departure Date: 3-11-0

Return Date: 3-15-0

Transportation: 1,000.00

Oth Amt: 250.00

Total: 2,562.00

Advance Amt:

**6. Other Authorizations**

- [ ] 1. Use of Premium Class Additional Cost:
- [■] 2. Use of foreign flag carrier [ ] 3. Leave in conj w/travel
- [■] 4. Other Description

**ATM advance authorized.**

**7. Advance Disbursement**

[ ] DirDep [ ] Tres [ ] Draft [ ] Cash [■] None

Draft Cashier ID: BOP100C

Address: 320 FIRST ST., NW

Address:

City: Washington State: DC ZIP: 20534

Country: USA

**8. Other Descriptive Information**

Description: Treaty Transfer Trip to England

Program: E Project: 90G RCN (8 Alpha) Org Mgt Field (Numeric)

Bill to: Case

Type Travel: [■] A. TDY [ ] B. Ext TDY [ ] C. Taxable TDY [ ] X. NA

Trav Purpose: [■] A. Operational [ ] B. Training [ ] C. Meeting/Conf [ ] X. N/A

Executive Order 13043 requires the wearing of seat belts in motor vehicles by persons on official travel.

**9. AUTHORIZATION**

You are authorized to travel at government expense in accordance with DOJ travel regulations, under the conditions outlined in this authorization.

| Authorizer | Cash / Draft Advance |
|---|---|
| Advance Authorized as described in Box 5 [ ] Yes [ ] No | Cash Advance of: |
| Authorizer Signature: [signature] | Requested by: Date: |
| Authorizer: Kathleen Hawk Sawyer, Director | Received by: Date: |

A voucher must be submitted within 5 workdays after travel is completed or monthly for persons in a continuous travel status.

US Dept of Justice JMD/FS/FASSG Jan 19, 1999

4/12

Validation of Pending Vouchers -- Summary
VALID TRANSACTIONS
as of 04/12/00 at 09.22.21

SUBCERTIFIER: FP0214J
TABLE SEG: P0214

| LOCAL ASSIGNED | PAYEE MC NAME NFC NAME | YREGDOC | TO TRAVELER TO CARD | SSN | DISP MODE |
|---|---|---|---|---|---|
| AC1001055 0PH700314 | CRAIG CHALMERS CHALMERS, CRAIG B. CHALMERS, CRAIG B. | 0TA10150 | 273.30 2000.00 | 210427440 | V |

TOTAL

273.30
2000.00

# Travel Voucher Summary

## 1. Voucher

| Local Voucher No | Submit Org | Voucher Date | Voucher Type | Ref Doc No | Preparer's Name |
|---|---|---|---|---|---|
| AC1001055 | P0214 | 04/11/2000 | [x] Orig [ ] ReClaim | NA | C.HACKETT |

## 2. Traveler

Name (FNF): Craig Chalmers

SSN: [redacted]

[x] 1. Employee [ ] 2. Contractor [ ] 3. Invitational [ ] 4. Other

Address: FDC PHILADELPHIA

Address:

City: PHILADELPHIA State: PA Zip: 19106

Country: USA

[ ] Payment Notification Email

## 3. Purpose

| Type Travel | Travel Purpose |
|---|---|
| [x] A. TDY | [x] A. Operational |
| [ ] B. Ext TDY (Over 30 Days) | [ ] B. Training |
| [ ] C. Taxable Ext TDY | [ ] C. Meeting/Conf |

## 4. Obligation Liquidation

[x] Final [ ] Partial [ ] NPO

Traveler YRegDoc: 0TA10150

RCN (8 Alpha): NA

## 5. Itinerary

Description: TREATY TRANSFER TRIP TO LONDON,ENGLAND

| Trip Began | Trip Ended | Greater than 12 Hrs |
|---|---|---|
| 03/11/2000 | 03/15/2000 | [ ] No [x] Yes |

[ ] 1. Domestic [ ] 2. O/CONUS [x] 3. Foreign

Highest Class of Travel: [x] 0. NA [ ] 1. Coach [ ] 2. Bus Class [ ] 3. First Class

Reason for upgrade

- [ ] 1. Coach not available
- [ ] 2. Emp Disability
- [ ] 3. Security
- [ ] 4. Foreign -no coach
- [ ] 5. Cost Savings
- [ ] 6. Paid by NonFed
- [ ] 7. Travel GT 14 hrs
- [ ] 8. Other
- [x] 9. NA

Primary Destination

| State | City | |
|---|---|---|
| UK | LONDON, ENGLAND | [ ] Multiple Destinations |

## 6. Expense Summary

FMIS Upload: (•) Yes ( ) No

Standard Travel Expenses

| | |
|---|---|
| Traveler Paid Transp | 675.40 |
| Lodg Total (from back) | 789.68 |
| Lodg Tax Total (from back) | 0.00 |
| M&IE Total (from back) | 463.50 |
| Mileage Total (from back) | 0.00 |
| ATM Fees (from back) | 3.50 |
| Taxi/Limo (from back) | 321.22 |
| Business Calls (from back) | 0.00 |
| Personal Calls (from back) | 20.00 |
| Parking (from back) | 0.00 |
| Car Rental | 0.00 |
| Laundry | 0.00 |

MDC PHILADELPHIA

Other Expenses

| Item Desc | SOC | Amount |
|---|---|---|
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |

A282

Total Voucher: 2,273.30

Disposition

| | |
|---|---|
| Advance Repayment | 0.00 |
| Taxes Withheld Fed | 0.00 |
| Taxes WithheldState | 0.00 |
| To Travel Card | 2,000.00 |
| Amount to Traveler | 273.30 |

DisbMode: [x] 1. Dir Dep. [ ] 2. Tres [ ] 3. Draft [ ] 9. None

Draft Site: BOP214N

## 7. Accounting Distribution

| FY | Fund | ActClass | PGM | AIN | Project | Case | % |
|---|---|---|---|---|---|---|---|
| 00 | 02 | FP02145422UE | E | NA | 90G | NA | 100.0% |
| NA | NA | NA | NA | NA | NA | NA | 0.0% |
| NA | NA | NA | NA | NA | NA | NA | 0.0% |
| NA | NA | NA | NA | NA | NA | NA | 0.0% |
| NA | NA | NA | NA | NA | NA | NA | 0.0% |
| | | | | | | Total.. | 100.0% |

## 8. Approval

Note: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287;1001).

**Traveler Sign Below**

I certify this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me.

see attached

Date: Phone:

**Approving Official Sign Below**

The amounts claimed on this voucher are approved official travel expenses, which appear to be reasonable for the travel performed.

Submission Date:

Approval Date:

**Certifying Official Sign Below**

This voucher is certified correct and proper for payment

Date: 4/12/00

# Travel Voucher Summary

**1. Voucher**

| Local Voucher No | Submit Org | Voucher Date | Voucher Type | Ref Doc No | Preparer's Name |
|---|---|---|---|---|---|
| AC1001055 | P0214 | 03/30/2000 | ☒ Orig ☐ ReClaim | NA | C.HACKETT |

**2. Traveler**

Name (FNF): Craig Chalmers

SSN: [redacted]

☒ 1. Employee ☐ 2. Contractor ☐ 3. Invitational ☐ 4. Other

Address: FDC PHILADELPHIA

Address:

City: PHILADELPHIA State: PA Zip: 19106

Country: USA

☐ Payment Notification Email

**3. Purpose**

Type Travel: ☒ A. TDY ☐ B. Ext TDY (Over 30 Days) ☐ C. Taxable Ext TDY

Travel Purpose: ☒ A. Operational ☐ B. Training ☐ C. Meeting/Conf

**4. Obligation Liquidation** ☒ Final ☐ Partial ☐ NPO

Traveler YRegDoc: 0TA10150

RCN (8 Alpha): NA

**5. Itinerary**

Description: TREATY TRANSFER TRIP TO LONDON,ENGLAND

| Trip Began | Trip Ended | Greater than 12 Hrs |
|---|---|---|
| 03/11/2000 | 03/15/2000 | ☐ No ☒ Yes |

☐ 1. Domestic ☐ 2. OCONUS ☒ 3. Foreign

Highest Class of Travel: ☒ 0. NA ☐ 1. Coach ☐ 2. Bus Class ☐ 3. First Class

Reason for upgrade:
- ☐ 1. Coach not available
- ☐ 2. Emp Disability
- ☐ 3. Security
- ☐ 4. Foreign -no coach
- ☐ 5. Cost Savings
- ☐ 6. Paid by NonFed
- ☐ 7. Travel GT 14 hrs
- ☐ 8. Other
- ☒ 9. NA

Primary Destination

| State | City | |
|---|---|---|
| UK | LONDON, ENGLAND | ☐ Multiple Destinations |

**6. Expense Summary**

FMIS Upload ⦿ Yes ○ No

Standard Travel Expenses

| | |
|---|---|
| Traveler Paid Transp | 675.40 |
| Lodg Total (from back) | 789.68 |
| Lodg Tax Total (from back) | 0.00 |
| M&IE Total (from back) | 463.50 |
| Mileage Total (from back) | 0.00 |
| ATM Fees (from back) | 3.50 |
| Taxi/Limo (from back) | 321.22 |
| Business Calls (from back) | 0.00 |
| Personal Calls (from back) | 20.00 |
| Parking (from back) | 0.00 |
| Car Rental | 0.00 |
| Laundry | 0.00 |

MDC PHILADELPHIA

Other Expenses

| Item Desc | SOC | Amount |
|---|---|---|
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |

Total Voucher: 2,273.30

Disposition

| | |
|---|---|
| Advance Repayment | 0.00 |
| Taxes Withheld Fed | 0.00 |
| Taxes WithheldState | 0.00 |
| To Travel Card | 0.00 (handwritten: 2,000.00) |
| Amount to Traveler | 2,273.30 |

DisbMode: ☒ 1. Dir Dep ☐ 2. Tres ☐ 3. Draft ☐ 9. None — Draft Site: BOP214N

**7. Accounting Distribution**

| FY | Fund | AllClass | PGM | AIN | Project | Case | % |
|---|---|---|---|---|---|---|---|
| 00 | 02 | FP02145422UE | E | NA | 90G | NA | 100.0% |
| NA | NA | NA | NA | NA | NA | NA | 0.0% |
| NA | NA | NA | NA | NA | NA | NA | 0.0% |
| NA | NA | NA | NA | NA | NA | NA | 0.0% |
| NA | NA | NA | NA | NA | NA | NA | 0.0% |
| | | | | | | Total.. | 100.0% |

**8. Approval** Note: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287 and 1001).

Traveler Sign Below

I certify this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me.

Date: Phone:

Approving Official Sign Below

The amounts claimed on this voucher are approved official travel expenses, which appear to be reasonable for the travel performed.

Submission Date:

Approval Date:

Certifying Official Sign Below

This voucher is certified correct and proper for payment

Date:

RECEIVED APR 3 ACCOUNTING

TOTAL P.04

# Daily Expense Report Summary

Local Vch No AC1001055

**Enter expenses in categories provided below. Enter other expenses on Box 6 on front.**

| Travel Day | ST | City/County | Lodging | Lodging Tax | MI&IE | Mileage | ATM Fee | Taxi/Limo | Business Calls | Personal Calls | Parking | Optional Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/11/2000 | UK | LONDON, ENGLAND | 197.42 | 0.00 | 77.25 | 0.00 | 3.50 | 0.00 | 0.00 | 5.00 | 0.00 | ATM FEE-$1.5O+$2=$3.50 |
| 3/12/2000 | UK | LONDON, ENGLAND | 197.42 | 0.00 | 103.00 | 0.00 | 0.00 | 63.18 | 0.00 | 5.00 | 0.00 | TAXI-$63.18(40.00spounds)-ARPT-HOTEL 40.00pdsx1.5793=$63.18 |
| 3/13/2000 | UK | LONDON, ENGLAND | 197.42 | 0.00 | 103.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | NA |
| 3/14/2000 | UK | LONDON,ENGLAND | 197.42 | 0.00 | 103.00 | 0.00 | 0.00 | 157.25 | 0.00 | 5.00 | 0.00 | TAXI-$157.25(100.00spounds)--hotel-Balmas h Prison |
| 3/15/2000 | UK | LONDON,ENGLAND | 0.00 | 0.00 | 77.25 | 0.00 | 0.00 | 100.79 | 0.00 | 0.00 | 0.00 | Taxi-$70.79-hotel-arpt/$30.00 arpt-train station |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | Conversion Rate-3/12&13/00=1.5793 Convers Rate-3/14=1.5725 |
| | | | | | | | | | | | | Coversion Rate-3/15/00=1.573 |
| | | | | | | | | | | | | Conversion Rates per Federal Reserve Bank Librarian-3/30/00. |
| | | | | | | | | | | | | Configuration=Pounds x Conv Rate =amount in US DOLLARS. |
| Total | | | 789.68 | 0.00 | 463.50 | 0.00 | 3.50 | 321.22 | 0.00 | 20.00 | 0.00 | |

US Dept of Justice JMD/FS/FASSG Jan 5, 1999