IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LEROY BISHOP, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 03-446C |
| | ) | Senior Judge Bruggink |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLAINTIFFS' CONSENT MOTION FOR SECOND EXTENSION OF TIME TO FILE THEIR REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF CRAIG CHALMERS'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND THEIR OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiffs, by their undersigned counsel and with the consent of Defendant, respectfully request that the Court enlarge their time from February 1, 2007, to and including February 8, 2007, to file their Reply to Defendant's Opposition to Plaintiff Craig Chalmers's Motion for Partial Summary Judgment and their Opposition to Defendant's Cross-Motion for Summary Judgment, and in support of this motion state:

Plaintiffs' Reply to Defendant's Opposition to Plaintiff Craig Chalmers's Motion for Partial Summary Judgment and their Opposition to Defendant's Cross-Motion for Summary Judgment was originally due to be filed on or before January 22, 2007. On January 22, 2007, plaintiffs filed a consent motion for an extension of time until February 1 to file their Reply to Defendant's Opposition to Plaintiff Craig Chalmers's Motion for Partial Summary Judgment and their Opposition to Defendant's Cross-Motion for Summary Judgment. Also on January 22, 2007, the Court granted that motion.

As it has developed, plaintiffs need more time in which to complete their Reply to Defendant's Opposition to Plaintiff Craig Chalmers's Motion for Partial Summary Judgment and

their Opposition to Defendant's Cross-Motion for Summary Judgment, due to the press of other litigation. For example, since they filed their first request for an extension of time in this case, the Court of Appeals has unexpectedly required them to prepare a much shorter version of appellants' brief in *Carlsen v. United States*, Case No. 2007-5011 (Fed. Cir.), by February 5, and they have had to devote much time to that.

For these reasons and since the record is complicated and lengthy and since defendant's pleading raises issues which plaintiffs have not previously briefed, Plaintiffs' counsel need an additional 7 days in which to complete preparation of their Reply to Defendant's Opposition to Plaintiff Craig Chalmers's Motion for Partial Summary Judgment, and their Opposition to Defendant's Cross-Motion for Summary Judgment.

On January 31, 2007, counsel for defendant indicated that she did not oppose this request.

WHEREFORE, Plaintiffs respectfully requests that the Court grant them 7 additional days, from February 1 to and including February 8, 2007, in which to file their Reply to Defendant's Opposition to Plaintiff Craig Chalmers's Motion for Partial Summary Judgment and their Opposition to Defendant's Cross-Motion for Summary Judgment.

Respectfully submitted,

________/s/ Alan Banov_____________

ALAN BANOV
Alan Banov & Associates
1819 L Street, N.W.
Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorney for Plaintiffs