IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LEROY BISHOP, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 03-446C |
| | ) | Senior Judge Bruggink |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLAINTIFFS' CONSENT MOTION FOR FURTHER EXTENSION OF TIME TO FILE THEIR REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF CRAIG CHALMERS'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND THEIR OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiffs, by their undersigned counsel and with the consent of Defendant, respectfully request that the Court enlarge their time from February 8, 2007, to and including February 12, 2007, to file their Reply to Defendant's Opposition to Plaintiff Craig Chalmers's Motion for Partial Summary Judgment and their Opposition to Defendant's Cross-Motion for Summary Judgment, and in support of this motion state:

Plaintiffs' Reply to Defendant's Opposition to Plaintiff Craig Chalmers's Motion for Partial Summary Judgment and their Opposition to Defendant's Cross-Motion for Summary Judgment was originally due to be filed on or before January 22, 2007. On January 22, 2007, plaintiffs filed a consent motion for an extension of time until February 1 to file their Reply to Defendant's Opposition to Plaintiff Craig Chalmers's Motion for Partial Summary Judgment and their Opposition to Defendant's Cross-Motion for Summary Judgment. Also on January 22, 2007, the Court granted that motion.

On January 31, 2007, plaintiffs filed a consent motion for further extension of time to file their reply to defendant's opposition to Plaintiff Craig Chalmers's motion for partial summary

judgment and their opposition to defendant's cross-motion for summary judgment, and on February 2, 2007, the Court granted that motion.

Plaintiffs have nearly completed their Reply to Defendant's Opposition to Plaintiff Craig Chalmers's Motion for Partial Summary Judgment, and their Opposition to Defendant's Cross-Motion for Summary Judgment, but are unable to complete it and file it by February 8, not only because the record is complicated and lengthy, but also because Wendy Byndloss, who was primarily in charge of drafting plaintiffs' brief, was out of the office from February 5 through 7 due to serious illness in her family.

For these reasons, Plaintiffs' counsel need an additional 2 working days in which to complete preparation of their Reply to Defendant's Opposition to Plaintiff Craig Chalmers's Motion for Partial Summary Judgment, and their Opposition to Defendant's Cross-Motion for Summary Judgment.

On February 8, 2007, counsel for defendant indicated that she did not oppose this request.

WHEREFORE, Plaintiffs respectfully requests that the Court grant them an extension from February 8 to and including February 12, 2007, in which to file their Reply to Defendant's Opposition to Plaintiff Craig Chalmers's Motion for Partial Summary Judgment and their Opposition to Defendant's Cross-Motion for Summary Judgment.

Respectfully submitted,

________/s/ Alan Banov_____________
ALAN BANOV
Alan Banov & Associates
1819 L Street, N.W.
Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorney for Plaintiffs