IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LEROY BISHOP, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 03-446C |
| | ) | Senior Judge Bruggink |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

REPLY BRIEF IN SUPPORT OF
PLAINTIFF CRAIG CHALMERS'S MOTION FOR PARTIAL SUMMARY JUDGMENT
AND OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT
AND APPENDIX

ALAN BANOV
Alan Banov & Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830
(202) 822-9699
Fax: (202) 842-9331
ab@banovlaw.com
Attorney for Plaintiffs

Of Counsel:
WENDY BYNDLOSS
Alan Banov & Associates
1819 L Street, N.W., Suite 700
Washington, D.C. 20036-3830

February 12, 2007

TABLE OF CONTENTS

Page

I. The Court Should Not Apply *Doe II* to the Bureau of Prisons 1

II. Plaintiff Chalmers **Has** Demonstrated FEPA Violations 3

A. Plaintiff's Claims as Associate Warden at FCI-Otisville 3

1. Program Statements and Standards of Conduct Constitute Explicit Orders to Work Overtime 3

2. BOP Training Materials Constitute Explicit Orders to Work Overtime 4

3. Institution Supplements Constitute Explicit Orders to Work Overtime 5

4. Position Descriptions Constitute Explicit Orders to Work Overtime 7

5. Correctional Services Manuals Constitute Explicit Orders to Work Overtime 8

B. Plaintiff Worked Overtime Preparing to Attend Meetings at the Start of His Shift 9

C. Plaintiff Incurred Overtime in Executive Close-out Meetings 10

D. Plaintiff's Incurred Overtime as An Associate Warden at FDC Philadelphia 14

E. Plaintiff's Incurred Overtime as Captain at MDC-Los Angeles 15

F. Plaintiff Incurred Overtime as a Result of Government Travel 16

III. Under 5 U.S.C. § 5543(a), Plaintiff's Chalmers's Overtime Was Not "Irregular or Occasional" Work 20

IV. Plaintiff's Overtime at Otisville Was Not De Minimus 20

V. CONCLUSION 22

TABLE OF AUTHORITIES

Cases ..... Page

Abrahams v. United States, 1 Cl. Ct. 305 (1982) ..... 22

Aletta v. United States, 70 Fed. Cl. 600 (2006) ..... 19

Alexander v. Gardner-Denver Co., 415 U.S. 36 (1974) ..... 5

Allstate Insurance Co. v. Swann, 27 F.3d 1539 (11th Cir. 1994) ..... 12

Amos v. United States, 13 Cl. Ct. 442 (1987) ..... 20

Baylor v. United States, 198 Ct. Cl. 331 (1972) ..... 20

Bishop v. United States, 2006 U.S. Claims LEXIS 380, No. 03-446C (Nov. 20, 2006) ..... 1

Bishop v. United States, 72 Fed. Cl. 766, 2006 U.S. Claims LEXIS 266 (Aug. 9, 2006) ..... 1

Bobo v. United States, 136 F.2d 1465 (Fed. Cir. 1998) ..... 22

Bobo v. United States, 37 Fed. Cl. 690 (1997) ..... 20

Bull v. United States ..... 21

Byrnes v. United States, 163 Ct. Cl. 167, 330 F.2d 986 (1964) ..... 8

Carlsen v. United States, 72 Fed. Cl. 782 (2006) ..... 1, 6, 7, 8

Cobra Constr. Co. v. United States, 14 Cl. Ct. 523 (1988) ..... 21

Cooley v. Director of Revenue, State of Missouri, 896 S.W.2d 468 (Mo. App. 1995) ..... 11

Cooley v. U.S. Dep't of Energy, 1982 U.S. Cl. Ct. LEXIS 2501 (1982) ..... 8

Doe v. United States, 372 F.3d 1347 (Fed. Cir. 2004) ..... passim

Graham v. United States, 3 Cl. Ct. 791 (1983) ..... 21

Greene v. Howard Univ., 134 U.S. App. D.C. 81, 412 F.2d 1128 (1969) ..... 5

Honcho v. Ashcraft, 2001 U.S. Dist. LEXIS 4901 (S.D. Ind. 2001) ..... 7

IBP, Inc. v. Alvarez, 546 U.S. 21, 126 S.Ct. 514 (2005) ..... 20

Int'l Bus. Invs., Inc. v. United States, 11 Cl. Ct. 588 (1987) ..... 21

Jinks-Umstead v. England, 2005 U.S. Dist LEXIS 34547 (D.D.C. 2005) ..... 12

Lindow v. United States, 738 F.2d 1057 (9th Cir. 1984) ..... 22

Post v. United States, 121 Ct. Cl. 94 (1951) ..... 3

R&R Associates, Inc. v. Visual Scene, Inc., 726 F.2d 36 (1st Cir. 1984) ..... 12

Riggs v. United States, 21 Cl. Ct. 664 (1990) ..... 20, 21

United States v. Davis, 792 F.2d 1299 (5th Cir. 1986) ..... 13

United States v. Finkielstain, 718 F. Supp. 1187 (S.D.N.Y. 1989) ............................................ 12

United States v. Marshall, 762 F.2d 419 (5th Cir. 1985)............................................................ 13

United States v. Wells, 262 F.3d 455 (5th Cir. 2001)................................................................. 12

Whelan Sec. Co. v. United States, 7 Cl. Ct. 496 (1985) ............................................................ 21

Statutes

5 U.S.C. § 5542.................................................................................................................. 1, 8

5 U.S.C. §5542(b)(2) ............................................................................................................... 18

5 U.S.C. §5542(b)(2)(A)........................................................................................................... 18

5 U.S.C. §5542(b)(2)(B) ........................................................................................................... 18

5 U.S.C. §5542(b)(2)(B)(iv) ...................................................................................................... 19

5 U.S.C. § 5543......................................................................................................................... 20

5 U.S.C. § 5543(a) .................................................................................................................... 20

Rules and Regulations

5 C.F.R. § 550.111(c)................................................................................................................. 1

5 C.F.R. § 551.412 (a)(1)........................................................................................................... 21

FED. R. OF EVID. 1004(3) ......................................................................................................... 13

Miscellaneous

31 Charles Alan Wright & Victor James Gold, Federal Practice & Procedure, §7184 (2000) .... 12