IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LEROY BISHOP, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 03-446C<br>(Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time of 21 days from March 30, 2007 to April 20, 2007, for defendant to prepare and file its reply to plaintiff Craig Chalmers's opposition to defendant's motion for summary judgment in this case. Defendant's reply to Mr. Chalmers's opposition is due March 30, 2007, and this is our second request for an enlargement of time. The Court previously granted our unopposed request for a 21-day enlargement of time. Defendant's counsel informed plaintiffs' counsel, Alan Banov, of this motion, and is authorized to state that plaintiffs do not oppose defendant's motion for enlargement of time.

Since receipt of Mr. Chalmers's opposition on February 12, 2007, defendant has been preparing its reply brief. However, defendant's counsel has had to prepare and complete other work that precludes meeting the March 30, 2007 deadline for its reply brief. Defendant's counsel had to prepare and file a motion to dismiss the amended complaint in L-3 Communications v. United

States, Fed. Cl. No. 06-396, filed March 27, 2007, and an opposition to a motion to dismiss in Van Cleave v. United States, Fed. Cir. No. 07-5076, filed March 30, 2007. Defendant's counsel among other things also is preparing the Government's cross-motion and opposition to plaintiff Lindsey Bledsoe's motion for partial summary judgment in Acebal v. United States, Fed. Cl. No. 01-47, which is due on April 2, 2007. Therefore, defendant requires an additional 21 days to prepare its reply brief, and for its review by attorneys at the Bureau of Prisons and the Department of Justice.

Accordingly, defendant respectfully requests that the Court grant this unopposed motion for a 21-day enlargement of time to April 20, 2007, for the Government to prepare and file defendant's reply brief to plaintiff Craig Chalmers's opposition to defendant's motion for summary judgment in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Attorneys for Defendant

Of Counsel:
ERIKA TURNER
Assistant General Counsel
Bureau of Prisons
March 30, 2007