IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LEROY BISHOP, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-446C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time of 91 days from April 2, 2007 to July 2, 2007, for defendant to prepare and file its motion for summary judgment with regard to the non-Lieutenant plaintiffs in this case, i.e., plaintiffs Michael Brock, Richard Celli, Larry Gotham, Martin Mann, Ronald McCullough, and Peter Schmalz.

Defendant’s motion with regard to the non-Lieutenant plaintiffs is due April 2, 2007, and this is our first request for an enlargement of time. Defendant's counsel informed plaintiffs’ counsel, Alan Banov, of this motion, and is authorized to state that plaintiffs do not oppose defendant’s motion for enlargement of time.

Defendant already has requested additional documents from the Bureau of Prisons in order to supplement prior productions of documents regarding these plaintiffs. However, defendant’s counsel has not yet received these documents. Defendant’s counsel also has had to prepare and complete other work that

precluded meeting the April 2, 2007 deadline for its motion. On February 7 and 8, 2007, defendant's counsel filed three motions for reconsideration and clarification of the Court's January 26, 2007 decision, and for additional relief in Morse Diesel Int'l v. United States, Fed. Cl. No. 99-279 and consolidated cases. On February 9, 2007, defendant's counsel presented oral argument in Imagination & Information, Inc. v. Gates, Fed. Cir. 2006-1577. Defendant's counsel also prepared and filed (1) an answer in AMEC Construction Management Inc. v. United States, Fed. Cl. No. 06-867, filed February 20, 2007; (2) a motion to dismiss the amended complaint in L-3 Communications v. United States, Fed. Cl. No. 06-396, filed March 27, 2007; and (3) an opposition to a motion to dismiss in Van Cleave v. United States, Fed. Cir. No. 07-5076, filed March 30, 2007. Defendant's counsel among other things also is preparing the Government's cross-motion and opposition to plaintiff Lindsey Bledsoe's motion for partial summary judgment in Acebal v. United States, Fed. Cl. No. 01-47.

Therefore, defendant requires an additional 91 days to prepare its motion for summary judgment regarding the non-Lieutenant plaintiffs, and for its review by attorneys at the Bureau of Prisons and the Department of Justice.

Accordingly, defendant respectfully requests that the Court grant this unopposed motion for a 91-day enlargement of time to July 2, 2007, for the Government to prepare and file defendant's summary judgment with regard to the non-Lieutenant plaintiffs in

this case, i.e., plaintiffs Michael Brock, Richard Celli, Larry Gotham, Martin Mann, Ronald McCullough, and Peter Schmalz.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Attorneys for Defendant

Of Counsel:
ERIKA TURNER
Assistant General Counsel
Bureau of Prisons
April 2, 2007