# In the United States Court of Federal Claims

No. 03-446C
(Filed: April 4, 2007)

* * * * * * * * * * * * * * * * * * * * * *

LEROY BISHOP, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephone status conference is scheduled for Wednesday, April 11, 2007 at 11:00 a.m. EST to discuss, among other things, defendant's motions for extension of time in *Bishop* (No. 03-446), *Acebal* (No. 01-47) and *Christmas* (No. 03-2363). The call will originate from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge