II) Request for treatment - Demande de traitement

☐ No (OR) / Non (OU)

| | |
|---|---|
| Medical ☐ Médical | Specify needs - Préciser les besoins |
| Psychiatric ☐ Psychiatrique | Specify needs - Préciser les besoins |
| Psychological ☐ Psychologique | Specify needs - Préciser les besoins |

III) Other identified needs - Autres besoins mis à jour

☐ No (OR) / Non (OU) — Specify - Préciser

| Offender - Signature - Délinquant | Witness - Signature - Témoin | Date Y-A M D-J |
|---|---|---|
| | | |

## SHADED AREAS (FOR USE BY CANADIAN GOVERNMENT) - CASES OMBRAGÉES (À L'USAGE DU GOUVERNEMENT CANADIEN)

Comments - Commentaires

## 7. DECISION - DÉCISION

A) Approval of a province (required only in the case of offenders serving sentences of less than 2 years or on probation)
Accord de la Province (requis seulement dans le cas de délinquants purgeant une peine inférieure à 2 ans ou soumis à une ordonnance de probation)

I) ☐ Transfer approved / Transfert approuvé

II) ☐ Transfer not approved / Transfert non approuvé

III) Comments - Commentaires

Authority responsible for the administration of prisons in
Responsable de l'administration des prisons

Province — Signature — Date (Y-A M D-J)

B) CSC Recommendation - Recommandation du SCC

I) ☐ Transfer recommended / Transfert recommandé

II) ☐ Tansfer not recommended / Transfert non recommandé

III) Comments - Commentaires

Commissioner of Corrections - Signature - Commissaire au Service correctionnel — Date (Y-A M D-J)

C) Ministerial decision - Décision ministérielle

I) ☐ Transfer approved / Transfert approuvé

II) ☐ Transfer not approved / Transfert non approuvé

III) Comments - Commentaires

Solicitor General of Canada - Signature - Solliciteur général du Canada — Date (Y-A M D-J)

# COUNCIL OF EUROPE CONVENTION ON THE TRANSFER OF SENTENCED PERSONS

1. GUIDELINES

a. The inmate must be convicted and sentenced.

b. The inmate must have at least six months of the current sentence remaining to be served at the time of request for transfer.

c. The judgment must be final.

d. The inmate must be convicted of a crime which is generally punishable as a crime under the laws of the other country.

e. The inmate may have an indeterminate sentence (e.g., an inmate with a LIFE sentence may request transfer under the convention).

Note: The country guidelines should not be construed as specific qualifications for each foreign country. Inmates may still be considered for transfer even though they do not appear to meet one or more of these guidelines; the final decision is made by OEO.

# FRANCE

1. GUIDELINES

a. The inmate must be convicted and sentenced.

b. The inmate must have committed an offense which is punishable as a crime under the laws of both countries.

c. The inmate must have at least one year of the current sentence remaining to be served at the time of request for transfer.

d. The inmate must not be committed for a military offense.

e. The sentence the inmate is serving must be final (e.g., the inmate must not have any pending proceeding or appeal upon the current conviction or sentence).

Note: Transfers to and from France occur under the Convention Between the U.S. and the Republic of France on the Transfer of Sentenced Persons.

Note: The country guidelines should not be construed as specific qualifications for each foreign country. Inmates may still be considered for transfer even though they do not appear to meet one or more of these guidelines; the final decision is made by OEO.

MEXICO

1. GUIDELINES

a. The inmate must be convicted and sentenced.

b. The inmate must not have resided, with an intent to remain permanently, in the transferring country for a period of at least five years prior to the instant arrest.

c. The inmate must not be committed for a political, military, or immigration offense.

d. The inmate must have at least six months of the instant sentence remaining to be served at the time of request for transfer.

e. The inmate must have no pending proceeding by way of appeal or of collateral attack upon the instant conviction or sentence.

f. The inmate must be convicted of a crime which is generally punishable as a crime under the laws of the other country.

g. If the inmate has an outstanding significant detainer and detaining authorities refuse to agree to the transfer, the inmate cannot be transferred.

h. The inmate will not be transferred unless either the sentence he is serving has a specific duration (determining sentence) or such a duration has subsequently been fixed by the appropriate administrative authorities (e.g., a life sentence is not transferable and must be commuted to a definite term of years).

Special Note: The inmate must have a valid birth certificate and this document should be included in the referral packet to the Central Office. The Mexican Government will not approve a case without a birth certificate.

Note: The country guidelines should not be construed as specific qualifications for each foreign country. Inmates may still be considered for transfer even though they do not appear to meet one or more of these guidelines; the final decision is made by OEO.

PANAMA

1. GUIDELINES

a. The inmate must be convicted and sentenced.

b. The inmate must not be committed for a military offense.

c. The inmate must have at least six months of the current sentence remaining to be served at the time of the request for transfer.

d. The inmate must have no pending proceeding by way of appeal or collateral attack upon the current conviction or sentence.

e. The inmate must be convicted of a crime which is generally punishable as a crime under the laws of other countries.

f. The inmate has not been sentenced to the death penalty.

g. If the inmate has an outstanding detainer and the detainer authorities refuse to agree to the inmate's transfer in writing, the inmate cannot be transferred.

Special Note: The inmate should be instructed to write his/her embassy in the United States, requesting transfer under the treaty. This should normally be completed prior to forwarding the request to the Assistant Director.

Note: The country guidelines should not be construed as specific qualifications for each foreign country. Inmates may still be considered for transfer even though they do not appear to meet one or more of these guidelines; the final decision is made by OEO.

PERU

1. GUIDELINES

a. The inmate must be convicted and sentenced.

b. The inmate must not be committed for a military offense.

c. The inmate must have at least six months of the current sentence remaining to be served at the time of request for transfer.

d. The inmate must have no pending proceeding by the appeal or collateral attack upon the current conviction or sentence.

e. The inmate must be convicted of a crime which is generally punishable as a crime under the laws of the other country.

f. The inmate has not been sentenced to the death penalty.

g. If the inmate has an outstanding detainer and detaining authorities refuse to agree to the inmate's transfer in writing, the inmate cannot be transferred.

Special Note: The inmate must write his/her local Consulate in the United States, requesting transfer under the treaty. This should normally be completed prior to forwarding the request to the Assistant Director.

Note: The country guidelines should not be construed as specific qualifications for each foreign country. Inmates may still be considered for transfer even though they do not appear to meet one or more of these guidelines; the final decision is made by OEO.

## THAILAND

1. <u>GUIDELINES</u>

a. The inmate must be convicted and sentenced.

b. The inmate must be convicted of a crime which is generally punishable as a crime under the laws of the other country.

c. The inmate must not have committed an offense against:

- The internal or external security of the state;
- The Head of State of the transferring state or a member of his family; or
- Legislation protecting national art treasures.

d. The inmate must have at least one year of the current sentence remaining to be served at the time of request for transfer.

e. The inmate must have no pending proceeding by way of appeal or collateral attack upon the current conviction or sentence.

f. The inmate will have served any minimum period of the sentence stipulated by law (of the transferring state).

g. The inmate will not be transferred unless either the sentence he is serving has a specific duration or such a duration has been subsequently been fixed by the appropriate administrative authorities or the inmate is serving a life sentence.

h. The inmate must write to the Ambassador at the Embassy of Thailand in Washington, D.C., to request transfer under the treaty.

<u>Note</u>: The country guidelines should not be construed as specific qualifications for each foreign country. Inmates may still be considered for transfer even though they do not appear to meet one or more of these guidelines; the final decision is made by OEO.

## TURKEY

1. GUIDELINES

a. The inmate must be convicted and sentenced.

b. The inmate must not have resided, with an intent to remain permanently, in the transferring country for a period of at least five years prior to the instant arrest.

c. The inmate must not be committed for a political or military offense.

d. The inmate must have at least six months of the current sentence remaining to be served at the time of request for transfer.

e. The inmate must have no pending proceeding by way of appeal or collateral attack upon the current conviction or sentence.

f. The inmate must be convicted of a crime which is generally punishable as a crime under the laws of the other country.

g. The inmate has not been sentenced to the death penalty.

h. If the inmate has an outstanding detainer and the detaining authorities refuse to agree to the inmate's transfer in writing, the inmate cannot be transferred.

**Special Note: The inmate should be instructed to write his/her embassy in the United States, requesting transfer under the treaty. This should normally be completed prior to the institution forwarding the transfer request to the Assistant Director.**

Note: The country guidelines should not be construed as specific qualifications for each foreign country. Inmates may still be considered for transfer even though they do not appear to meet one or more of these guidelines; the final decision is made by OEO.

# STATES AUTHORIZED TO TRANSFER FOREIGN NATIONALS

States authorized by state legislation to transfer prisoners of foreign nationality to the countries of their citizenship under treaties between the United States and foreign countries:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
FLORIDA
HAWAII
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSOURI
MONTANA
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH DAKOTA
OHIO
OKLAHOMA
OREGON
RHODE ISLAND
SOUTH CAROLINA
SOUTH DAKOTA
TEXAS
UTAH
VIRGINIA
WASHINGTON
WISCONSIN
WYOMING

BP-S297.051 **TRANSFER INQUIRY** CDFRM
MAY 1994
**U.S. DEPARTMENT OF JUSTICE**

PS 5140.29
May 21, 1997, Attachment M
**FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| 1. Name<br>NOMBRE Y APELLIDOS<br>NOM | 2. Age<br>EDAD<br>AGE |
| 3. Register Number<br>NUMERO DE REGISTRO<br>NUMERO D'ENREGISTREMENT | 4. Country of Citizenship<br>NACIONALIDAD<br>NATIONALITE |
| 5. Institution<br>INSTITUTION<br>MAISON D'ARRET | 6. Offense<br>DELITO<br>CRIME |
| 7. Sentence<br>SENTENCIA<br>CONDAMNATION | 8. Fine<br>MULTA<br>AMENDE |

I hereby indicate an interest in being transferred to continue serving the sentence imposed by United States Judicial Authorities to the country of citizenship indicated above. I understand that this is just an inquiry to obtain data before the actual request for transfer and is not binding upon either the government or me.

Quiero indicar mi interés en ser trasladado al pais cuya nacionalidad se menciona más arriba para Continuar cumpliendo la condena que me impusieron las autoridades judiciales de los Estados Unidos. Comprendo que se trata de una simple encuesta para obtener informaciòn previa a la solicitud para el traslado. en nada compremete al recluso ni al Gobierno de los Estados Unidos.

Je certifie par là mon désir d'être transféré au pays de citoyenneté indique cidessus, afin de contnuer a puger la peine qui me fut imposee par les Autoritès Judiciares des Etats-Unis. Je reconnais que cecine constitute qu'une simple demande d'Information précédant la requête proprement dite pour un tranfert et que celle-ci n'engage ni le gouvernment des Etats-Unis ni ma personne.

| | |
|---|---|
| Signature<br>FIRMA<br>SIGNATURE | Date<br>FECHA<br>DATE |

I hereby indicate that I am not now interested in being transferred to continue serving the sentence imposed by the United States Judicial authorities, to the country of the citizenship indicated above.

Quiero dejar constancia que no estoy interesado / a en ser trasladado / a al pais cuya nacionalidad se menciona más arriba para continuar cumpliendo la condena que me impusieron las autoridades judiciales de los Estados Unidos.

Je fais savoir par là que maintenant je ne suis pas intéressé par un tranfert au pays de citoyenneté indiqué ci-dessus, afin de continuer á purger la peine qui me fut imposée par les Autorites Judiciaries des Etats-Unis.

| | |
|---|---|
| Signature<br>FIRMA<br>SIGNATURE | Date<br>FECHA<br>DATE |

(This form may be replicated via WP)

Replaces BP-297(51) of MAR 93

BP-S298.051 **NOTICE REGARDING INTERNATIONAL PRISONER TRANSFER** CDFRM
MAY 94
**U.S. DEPARTMENT OF JUSTICE**

PS 5140.29
May 21, 1997, Attachment N
**FEDERAL BUREAU OF PRISONS**

**TO:** Assistant Director, Correctional Programs Division

**FROM:** Chief Executive Officer, ______________________ (Institution) ______________ (Date)

This inmate has indicated an interest in being transferred to his/her country of citizenship to complete service of a term imposed in a United States Court. The inmate is qualified for transfer. The following information is provided to facilitate the review process.

---

Inmate's Name ______________________ Register No. ______________________

Institution ______________________ Country of Citizenship ______________________

Offense(s) ______________________ Sentence(s) ______________________

Date(s) of Sentence ______________________ Sentencing Court(s) ______________________

Docket Number(s) ______________________ Inmate's Sex ______________________

Date Eligible for Parole ______________________ Date of Last Parole Hearing ______________________

Latest Parole Action ______________________ Date Sentence Exp.w/GT ______________________

Mandatory Release Date ______________________ Full term Expiration Date ______________________

---

Is Proof of Citizenship Available? ____ Yes ____ No If yes, specify and attach a copy of Proof of Citizenship.

---

Any other pertinent information: ______________________________________________

(This form may be replicated via WP)

Replaces BP-298(51) of DEC 81

BP-S299.051 **INMATE INFORMATION PROVIDED TO TREATY NATION** CDFRM
MAY 94
**U.S. DEPARTMENT OF JUSTICE**

PS 5140.29
May 21, 1997, Attachment O
**FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| 1. Name<br>Nombre<br>Nom | 2. Date of Birth<br>Fecha de nacimiento<br>Date de naissance |
| 3. Offense<br>Delito<br>Crime | 4. Sentence<br>Sentencia<br>Condamnation |

5. Length of time served including jail credits
Tiempo quie ha cumplido de su condena
Durée de temps passée en prison (Y compis les Credits de Prison)

6. Statutory good time and meritorious good time earned as of ____________________.
Reducción de tiempo otorgado por ley y reducción de tiempo por mérito/trabajo acumlado hasta ____________________.
Nombre statutaire et méritoire de jours de bonne conduite accumelées à parir de ____________________.

a. Statutory good time
Reducción de tiempo otorgado por Ley
Nombre statutaire

b. Meritorious Good Time
Reducción de tiempo por mérito/ trabajo
Nombre meritoire

7. Good Conduct Time (CCCA)

Credito por buen compartimiento

Remise de peine pour bonne conduite

| | |
|---|---|
| 8. Completed By<br>Completado por<br>Rempli par | 9. Date<br>Fecha<br>Date |
| 10. Notarized by<br>Autorizado ante Notario<br>Certifié par | 11. Date<br>Fecha<br>Date |

Attachments:

Anexos:

Annexes:

Certified Copy of J & C

Copia del Certificado del jucio y Auto de Prison

Copie certifée de J&C

Classification Study

Observaciones y Clasificación

Etude de classification

(This form may be replicated via WP)

Replaces BP-299(51) of MAR 93

BP-S301.051 **AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION** CDFRM PS 5140.29
MAY 94 May 21, 1997, Attachment P
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

I authorize release to the United States Department of Justice all confidential records and information concerning me.

El abajo firmante authoriza al Funcionario del el Departamento de Justicia de los Estados Unidos a disponer y obtener todos los records e información confidencial referente mi persona.

J'autorise le délégué à U.S. Department of Justice à avoir acces á tous documents et informations de nature confidentielle qui me concernment.

| | |
|---|---|
| 1. Name (Last, First, Middle)<br>NOMBRE (Apellido, Primero & Segundo)<br>NOM (de famille, prenom, mon de jeune fille) | 2. Date of Birth<br>Fecha de nacimiento<br>DATE DE NAISSANCE |
| 3. Signature<br>Firma<br>Signature | 4. Date signed<br>Fecha de la firma<br>DATE DE SIGNATURE |

(This form may be replicated via WP) Replaces BP-301(51) of MAR 93

BP-S300.051 **RECEIPT UPON TRANSFER TO TREATY NATION** CDFRM
MAY 94
**U.S. DEPARTMENT OF JUSTICE**

PS 5140.29
May 21, 1997, Attachment Q
**FEDERAL BUREAU OF PRISONS**

This is to certify that ______________________ is delivered on this__________ day of __________
Offender name and Register Number

__________, __________, at ______________________ to authorities
Location

of ______________________ pursuant to the treaty between the United States America
Receiving Country

and the receiving country on the Execution of Penal Sentences, and in accordance with the authority of 18 U.S.C. 4102 (3), to achieve the transfer of that offender under a sentence of imprisonment to the receiving country.

La presente certifica que ______________________ ha sido transferido
Nombre y número de registro federal del delincuente

el__________ (dia) de __________ 19____ en ______________________ a las
Lugar

autoridades del pais que lo recibe de acuerdo al Tratado Entre los Estados Unidos de América y ae pais que lo recibe sobre el Cumplimiento de Sentencias Penales y de acuerdo con la autoridad de 18 U.S.C. 4102(3), para asi cumplir con la transferencia del delincuente bajo sentencia de encarcelamiento en el pais que lo recibe.

Je, soussigné, certifie que ______________________ a été livré, ce __________ jour
Nom du condame et número d'enregistrement

de __________, __________, á ______________________ aux autoriés de (mentionner le pays receveur), selon le Traité entre les Etats-Unis et (le pays receveur) sur l'Execution des Sentences, et en accord avec les pouvoirs contenus dans 18 U.S.C. 4102(3), pour accomplir le transfert de ce prisonnier au pays receveur suos le coup d'une peine de prison.

Officer of the United States

Funcionairo de los Estados Unidos

Officer des Etats Unis

| **Name**<br>**Nombre**<br>**NOM** | **Title**<br>**Titulo**<br>**GRADE** |
|---|---|

Received by
Recibido por
Recu par

| Name<br>Nombre<br>NOM | Title<br>Titulo<br>GRADE |
|---|---|

On behalf of receiving country
En nombre del pais que lo recibe
Pour (le pays receveur)

(This form may be replicated via WP)

Replaces BP-300(51) of JAN 79

# UNITED STATES PRISONER TRANSFER TREATIES

## BILATERAL TREATIES:

Bolivia ☼
Canada
France
Mexico
Panama ☼
Peru ☼
Thailand ☼
Turkey ☼

The Republic of Palau
Marshall Islands
Federated States of Micronesia

## COUNCIL OF EUROPE CONVENTION:

Austria
Bahamas
Belgium
Bulgaria
Canada ⌂
Cyprus
Czech Republic
Denmark
Finland
France ⌂
Federal Republic of Germany
Greece
Hungary
Iceland
Ireland
Croatia
United Kingdom
Federated States of Micronesia
Italy
Luxembourg
Malta
Poland
Netherlands
Norway
Portugal
Slovakia
Slovenia
Spain
Sweden
Switzerland
Trinidad/Tobago
Turkey ⌂
Ukraine

## UNITED KINGDOM TERRITORIES:

Anguilla
Cayman Islands
British Indian Ocean Territory
British Virgin Islands
Ducie and Oeno Islands
Falkland Islands
Gibraltar
Henderson Island
Hong Kong
Isle of Man
Montserrat
Pitcairn

Sovereign Base Areas of Akrotiri and Dhekelia in the Island of Cyprus

St. Helena and St. Helena Dependencies

## NETHERLANDS TERRITORIES:

Netherlands Antilles
Aruba

***Attachment R, Pages 1-2 are provided as information only and will be updated periodically as needed. This list may be found on the SENTRY public mailbox "BOP CORR PGM INFO." It is distributed as a reference to P.S. 5140.29.***

☼ The above enumerated countries require that all requests for transfer originate from the countries' respective embassies in Washington, D.C. Moreover, an inmate requesting application should be advised by staff that he or she should write to his or her embassy requesting that embassy officials draft a written request to the State Department. The State Department will notify OEO that a formal request for transfer has been received from the embassy.

⌂ France, Canada, and Turkey are members of the Council of Europe Convention and also have Bilateral Treaties. France usually insists on using the conditions set forth in the Bilateral Treaty, but Canada allows the use of either treaty.

## CERTIFIED U.S. CASE SUMMARY OF (Name of Country) CITIZEN

PERSONAL DATA

1. Committed Name: (If the committed name differs from the birth name, use the birth name)

2. Federal Register Number:

3. Date of Birth:

4. Marital Status/Children: (If applicable, specify the current location of the inmate's parents, spouse and/or children, the frequency of visits the inmate receives from these individuals, and whether any of them plan to relocate to the home country. For example, married; one child over 18 years of age and two children under age 18; parents deceased. Inmate has received weekly visits from wife and two minor children for the past 18 months. Inmate has not received visits from eldest son, as the inmate reports he lives in Guadalajara, Mexico. According to inmate's visiting list, wife and children live in Tijuana, Mexico.)

5. Place of Birth: (City/State)

6. Nationality:

7. Employment Prior to Incarceration: (List all forms of employment held prior to incarceration)

8. Current Place of Imprisonment:

SENTENCE DATA SUMMARY

1. Sentence:

2. Date Sentence Imposed:

3. Sentencing District:

4. Criminal Docket Number:

5. Current Offense: (When completing this question and the four questions above, if more than one Judgment in a Criminal Case (J&C) exists, answer each question for each Judgment)

6. Description of Current Offense: (If more than one Judgment in a Criminal Case exists, describe each using these guidelines: Be specific when summarizing the current offense addressing the questions who, what, where, when,

why, how, and how long this activity continued. <u>This summary is the only information the treaty country receives concerning the current offense</u>. Also include the offender's overall role in the offense. Specifically, include the number of participants, whether any weapons were involved, and whether the inmate is affiliated with a criminal organization (e.g., gang) or drug cartel. If it is a drug offense include the type, quantity, and if available the monetary value of the drugs.)

7. Fine\Assessment\Restitution: (Be specific when listing monetary sanctions imposed i.e., non-committed or committed fine, and indicate whether payment is complete. If payments have been made indicate the total payments and the remaining balance)

8. Prior Record: (List history of prior record including charge date of charge, and disposition of the case)

9. Detainers or Pending Charges:

10. Statutory Good Time/Good Conduct Time Earned: days. (# of days earned should be computed using the application date).

11. Meritorious Good Time Earned: days. (# of days earned should be computed using the application date).

12. Projected Release Date:

13. Full term date:

14. Time served to Application Date: Years, Months, Days.

15. Credited With ____________ Days of Total Prior Credit Time.

SOCIAL DATA

1. Psychological Evaluation: (If no psychological referral has been made and there is no history of mental or emotional problems noted in the record, indicate GOOD. If a psychological report exists indicate the findings of this report.)

2. Security Level:

3. Level of Education Achieved: (Specify level of education achieved prior to incarceration as well as additional education courses completed while incarcerated.)

4. History of Substance Abuse; alcohol or drugs?

   YES: ( ) If yes, specify the substance(s) below.

   NO: ( )

   Substance (s):

5. Current Medical Condition: (List any medical problems or disabilities the inmate is experiencing. Also indicate all medications the offender is taking for treatment of medical\mental health conditions.)

6. Institution Work Experience: (List in chronological order the institution work assignments held in the past 2 years. If involved in a Unicor operation, specify the products being manufactured.)

7. Type and Number of Incident Reports Received: (List the incident reports in chronological order including the disposition.)

8. Program Participation: (List any institution programs the inmate has completed or is taking. If completed indicate the date of completion.)

   Prepared By:
   Case Manager's Name and Phone Number

   Reviewed By:
   Case Management Coordinator's Name and Phone Number

   ______________________________
   Warden's Signature

## TREATY TRANSFER TRIPS

_______ GET NAMES OF ESCORTS FROM CLAUDIA

_______ MEMO TO WARDEN REQUESTING APPROVAL OF STAFF

_______ MEMO TO DIRECTOR FOR APPROVAL OF ESCORTS (BARB)

_______ LETTER TO EMBASSY (INCLUDE ESCORTS NAMES; HOWEVER, IF TIME IS SHORT, FAX LETTER W/O ESCORT NAMES AND PROVIDE NAMES WHEN FINALIZED AND GET INMATE NAMES AS THEY APPEAR ON TRAVEL DOCUMENTS.

_______ LETTER TO STATE DEPARTMENT REQUESTING COUNTRY CLEARANCE

_______ DESIGNATE INMATE (S). HAVE MED DESIG REVIEW IF APPROPRIATE

_______ MEMO TO GET GTA NUMBER FROM BUSINESS OFFICE
Y REG DOC NUMBER FROM DOTTIE
ACCT CLASS CODE IS FP070022UX OR UE
ESTIMATE AMOUNT OF INMATE PLANE TICKETS

_______ WARDEN PHONE CARD MEMO

_______ FDC/MCC WARDEN ESCORT TRAVEL SCHEDULE

_______ LETTER TO OBTAIN VISA'S IF NEEDED. INDICATE IN LETTER BOP STAFF ARE NOT CARRYING WEAPONS

_______ MEMO TO INTERPOL

_______ OBTAIN COUNTRY CLEARANCE BASED ON STATE DEPT. MEMO (ABOVE)

_______ MEMO TO STAFF ESCORT W/INFORMATION FOR THE TRIP.

## ESCORTS

PASSPORT-- NEEDS TO OBTAIN, OFFICIAL OR PERSONAL **GET FAX #**

OMEGA-- AIRPORT, CREDIT CARD NO., EXP DATE, PASSPORT NO.

TRAVEL AUTHORIZATIONS-- SOCIAL SECURITY NO., ACCT CLASS (FP****22UX), Y REG DOC NO.

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT B



BOP 153137

U.S. Government Memorandum
Central Office
Washington, DC

---

DATE: March 7, 2000

MEMORANDUM FOR STAFF ESCORTS

FROM: Jeff George, Correctional Programs Specialist, Correctional Programs Branch

SUBJECT: **Prisoner Exchange - England**

The Director has authorized your travel to London, England, to return 1 American citizen pursuant to the terms of International Treaty Transfer. Mr. Hasty's staff will assume custody of the inmate upon your return to New York City. You may wish to refer to Program Statement 5140.29 for more specific information.

Your trip is <u>confirmed</u> for March 11-15, 2000. We have made final flight reservations for your round-trip travel to London. London is six hours ahead of the east coast time zone.

**HOTEL INFORMATION:** Reservations have been made for you at *Selfridge Hotel, Orchard Street, London W1;* telephone: 011441714082080. I was informed a cab is the preferred method of transit to the hotel by travelers. The cab will cost 30 to 40 pounds (approx $50-$60 in U.S. dollars). The hotel also indicated there is public transit (subway) to the hotel from the airport (Bond Street Station).

Confirmation numbers are as follows:

Dennis Hasty 113649

Lloyd McMillan 113644

Craig Chalmers 113647

The hotel does not anticipate any problems with your early check-in upon your arrival.

PENGAD-Bayonne, N. J. GOVERNMENT EXHIBIT C

John Grondelski, Vice Consul, or John Lynch at the American Embassy, American Citizen Services are the contact people. Their phone number is 0171-499-9000 X2556 (additional contact is Consul Kathleen Manalo). James Nicholson is the contact with the prison service at 217-6387.

John Gaynor of the prison service has arranged a tour of a prison located at Belmarsh for March 14 at 1:30 pm. I gave him your names and hotel phone number. My indication was that he would be contacting you about the tour and to arrange transportation to the prison. Mr. Gaynor's phone number is 217-6727.

**INMATE INFORMATION:** I have asked that the inmate be chest x-rayed to ensure there are no active tuberculosis issues. I would recommend addressing this issue with the prison officials. I indicated in my correspondence to the prison officials that the inmate should have as little property as possible and excess property should be mailed home.

I have discussed the inmate's travel with Jim Hickman of United Airlines at (703) 326-7773. Mr. Hickman indicated the airline desk at Heathrow should be contacted at least one-hour prior to the flight so that airline staff know everything is on schedule. I have passed this information on to Mr. Gaynor.

**PER DIEM BREAKDOWN:** Current Per Diem rates are as follows:

| London | |
|---|---|
| Lodging: | $ 210.00 |
| Meals/etc: | $ 105.00 |
| Total: | $ 315.00 |

Mr. Gaynor indicated there will not be a airport departure tax to be paid upon leaving London.

Please obtain gifts to exchange with the embassy, corrections officials, etc. I have enclosed two BOP medallions in Mr. Hasty's FED EX packet.

Your travel will be settled through your business office upon completion of the trip.

**March 11-15, 2000**
**England Prisoner Trip**

**Saturday, March 11, 2000**

The escorts flights to England are as follows:

**Lloyd Mc Millan and Craig Chalmers**

Lv: Dulles, Washington, DC 6:25 p.m. United Airlines #918
Ar: London Heathrow 6:20 a.m. **Ar: Sunday, March 12**

**Dennis Hasty**

Lv: JFK, NY 6:55 p.m. United Airlines #956
Ar: London Heathrow 6:55 a.m. **Ar: Sunday, March 12**

**The escorts will depart London Heathrow with Michael Austin on Wednesday, March 15, 2000**

Lv: London Heathrow 1:50 p.m. United Airlines
Ar: New York JFK 5:05 p.m. #905

**The flight information is considered confidential and should not be given to [redacted] or other interested parties**

GOVERNMENT EXHIBIT D
PENGAD-Bayonne, N. J.



BOP 153136

March 1, 2000

MEMORANDUM FOR RICK DOWELL, CONSULAR OFFICER
U.S. DEPARTMENT OF STATE

FROM: Jeff George, Correctional Programs Specialist
Correctional Programs Branch

SUBJECT: Prisoner Exchange - England

The Bureau of Prisons (BOP) will be participating in a prisoner exchange in England, which has been scheduled for March 11-15, 2000. I am requesting your assistance in obtaining country clearance. Ms. Manalo has already assisted me with hotel reservations.

The Office of Enforcement Operations, Prisoner Transfer Unit, U.S. Department of Justice, has advised us that one U.S. citizen confined in England has been approved for International Treaty Transfer to the United States to complete service of their sentence.

We have authorized the following BOP escorts to travel to England on official passports. They will not carry firearms:

Dennis Waylon Hasty Official Passport #[redacted].

Lloyd Brian Mc Millan Official Passport #[redacted].

Craig Butler Chalmers Official Passport #[redacted]

The escorts flight schedule is included with this memorandum. They will arrive in England on the morning of Sunday, March 11, 2000, and return with [redacted] on Wednesday, March 15, 2000.

I have requested through London correctional officials that a chest x-ray be completed for [redacted] prior to his return (if it has not be done already) to rule out tuberculosis.

Thank you for your assistance. I can be reached at telephone number 307-0222 or fax 514-6550.

CC: Ms. Manalo

PENGAD-Bayonne, N.J. GOVERNMENT EXHIBIT E

Kathleen Manalo
Embassy of the United States of America
American Citizen Services
55-56 Upper Brook Street
London W1A2LQ

Dear Ms. Manalo:

I am writing with reference to the upcoming prisoner exchange. [redacted] has been approved for International Treaty Transfer to the United States to complete service of his sentence.

The Bureau of Prisons escorts listed below will travel on official passports:

Dennis Waylon Hasty Official Passport #[redacted].

Lloyd Brian Mc Millan Official Passport #[redacted].

Craig Butler Chalmers Official Passport #[redacted].

Please be advised that our escorts <u>will not</u> carry weapons.

We would appreciate your assistance in making hotel reservations for our escorts at a convenient location within the established government per diem of $210. I can supply the escorts credit card numbers for hotel reservations if needed. The escorts will arrive in London on Saturday, March 11, 2000, and return with [redacted] on Wednesday, March 15, 2000. I will let you know the airline schedule once final arrangements are made.

Your confirmation of the hotel arrangements at your earliest convenience would be appreciated. I can be reached at phone (202) 307-0222 or fax (202) 514-6550. Please do not hesitate to contact me with any questions or concerns.

Sincerely,

Jeff George
Correctional Programs Specialist
Correctional Programs Branch

James Nicholson
Prisoner Administration Group
HM Prison Service Headquarters
Cleland House
Page Street
London SW1P 4LN

Dear Mr. Nicholson:

I am writing with reference to the upcoming prisoner exchange in England.

We are scheduling three escorts for travel to England to transport [redacted]. Please be advised that our escorts will not carry weapons. The escorts would be happy to discuss any specifics of the actual prisoner exchange at any time during their stay.

We had discussed returning with the [redacted] on Friday, March 17, 2000. One of our escorts has a scheduling conflict with that date. Would it be possible to arrange for [redacted] return on Wednesday, March 15?

If your agency has [redacted] travel document (passport/letter for travel) which will authorize his travel from England to the United States, I ask that you provide us with his exact name as it appears so his airline ticket will match.

If possible, our escorts would like to tour an English prison. Could you assist with these arrangements?

Bureau of Prisons medical personnel have reviewed [redacted] medical condition and strongly recommend (if it has not already been done) that he have a current purified protein diritive (PPD) and a chest x-ray to rule out tuberculosis prior to transfer from England.

Also, we would like to confirm the following points:

1. The actual time and place of the prisoner exchange at the airport. I will forward the escorts travel schedule when it is finalized.
2. Airport security personnel should be contacted ahead of time to ensure they are aware of the exchange.
3. Our escorts will require a private area to search the inmate and their property at the airport. Usually, a police or airport security station is best for this purpose.
4. The inmate must have a valid passport or certificate of travel.
5. The escorts and inmate will require assistance with immigration and customs officials at the airport.
6. Will there be an airport departure tax? If so, what is the amount and will the inmate be required to pay this as well?
7. We normally limit each inmate to a small bag of personal belongings. We would prefer that the inmate mail excess property to a relative or friend prior to the transfer.
8. The escorts and inmate will require pre-boarding assistance preferably through a rear entrance to the aircraft as the inmate will be in restraints at that time.
9. We would request that English prison officials remain at the airport until the aircraft has successfully departed.

Thank you of your assistance. My telephone number is (202) 307-0222 or FAX (202) 514-6550.

Sincerely,

Jeff George
Correctional Programs Specialist
Correctional Programs Branch

MEMORANDUM FOR KATHLEEN HAWK SAWYER, DIRECTOR
FEDERAL BUREAU OF PRISONS

FROM: Michael B. Cooksey, Assistant Director
Correctional Programs Division

SUBJECT: Prisoner Exchange - England

The Office of Enforcement Operations has recently notified us that one American male incarcerated in England has been approved for an international treaty transfer to the United States.

This inmate is serving a sentence for murder and requires appropriate security precautions. We believe three staff escorts will be sufficient for this trip.

The date of the exchange is scheduled for the week of March 13, 2000. The exchange is not expected to exceed five days.

I am recommending the following staff escorts:

Dennis Hasty, Warden (OIC), MCC New York, New York

Lloyd Mc Millan, Executive Assistant, Office of the Director, Central Office

Craig Chalmers, Associate Warden, FDC Philadelphia.

The respective Regional Director and Warden are in agreement with the selection of Mr. Hasty and Mr. Chalmers. Please advise if you concur with these selections.

Approved: ________

Disapproved: ________

________________________
Kathleen Hawk Sawyer, Director

________________________
Date