# In the United States Court of Federal Claims

No. 03-446C
(Filed: May 1, 2007)

* * * * * * * * * * * * * * * * * * * * * *

LEROY BISHOP, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument regarding plaintiff's motion for partial summary judgment, and defendant's cross motion, with respect to plaintiff Craig Chalmers, shall be heard Wednesday, June 6, 2007 at 2:00 p.m. EST in the National Courts Building. It is so ORDERED.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge