# In the United States Court of Federal Claims

No. 03-446C
(Filed: June 6, 2007)

* * * * * * * * * * * * * * * * * * * * * *

LEROY BISHOP, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

As discussed during oral argument on June 6, 2007, the court's order of December 8, 2006 directing defendant to file a motion for summary judgment with respect to the non-lieutenant plaintiffs is hereby stayed. It is so ORDERED.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge