# In the United States Court of Federal Claims

No. 03-446C
(Filed: July 11, 2007)

* * * * * * * * * * * * * * * * * * * * * * *

LEROY BISHOP, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

This case is stayed pending further order from the court. It is so ORDERED.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge