# In the United States Court of Federal Claims

No. 03-446C
(Filed: June 19, 2008)

* * * * * * * * * * * * * * * * * * * * * * *

LEROY BISHOP, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference will be held Tuesday, July 8, 2008, 11:00 a.m., to discuss further proceedings in this action, as well in all the other Bureau of Prisons cases before this judge. The call will be placed from chambers and will be digitally recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge