# In the United States Court of Federal Claims

No. 03-446C
(Filed: July 8, 2008)

* * * * * * * * * * * * * * * * * * * * * * *

LEROY BISHOP, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Based on the representations made during the telephonic status conference held on July 8, 2008, the parties shall file a joint status report on or before October 1, 2008.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge